UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 23-23139-Civ-Scola

Kristoffer Jon Hind, and others,

    Plaintiffs,

vs.

FxWinning Limited, and others,

    Defendants.
_____/

### Plaintiff Lucas Longmire's Notice of Dismissal as to Defendants FxWinning Limited, Rafael Brito Cutie, and David Merino

Please take notice that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),[1] Plaintiff Lucas Longmire hereby files this Notice of Dismissal of Mr. Longmire's claims against Defendants FxWinning Limited, Rafael Brito Cutie, and David Merino. This Notice of Dismissal only pertains to Mr. Longmire's claims against Defendants FxWinning Limited, Rafael Brito Cutie, and David Merino, and it does not pertain to any other parties or claims in this action.

Dated: September 5, 2024      Respectfully submitted,

RUSSOMANNO & BORRELLO, P.A.
*Counsel for Plaintiff/Counter-Defendant*
*Lucus Longmire*
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

By:/s/ Herman J. Russomanno III
    Herman J. Russomanno III
    Fla. Bar No. 21249
    herman2@russomanno.com

---

[1] Defendants FxWinning Limited, Rafael Brito Cutie, and David Merino, have not filed an Answer or Motion for Summary Judgment in this action.

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document will be served on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Herman J. Russomanno III

Pro Se Plaintiffs (via U.S. Mail)

Kristopher Jon Hind
550 Beach Street
Encinitas, CA 92024

Jason Thomas Waiton
637 Pine Tree Lane
Vista, CA 92018

Christopher Campbell
4000 Mabel Dr. Apt. 4107
Franklin, TN 37064

Paul Douglas Stoeppelwerth
100 NW 47th Terrace
Miami, FL 33127

Thomas Blair Phillips
1335 Winward Circle
Niceville, FL 32578

Tyler Jenkins
4012 Drifting Sand Trail
Destin, FL 32541

Jorden David Neil Malcolm
4330 Neel Road
Duncan, BC V9l6m8

Robert Taylor Yates
932 W. Red Fox Lane
Saratoga Springs, UT 84045

Rafael Reyes Salmeron
13057 Pembroke Drive
Naples, FL 34105

Ryan Anthony Floyd
6738 E.44th Ct N.
Bel Aire, KS 67226

Matt Scott Vogel
2744 Grand Bay Ct.
Navarre, FL 32566

Mark Alan Bentley
1549 Ebenezer Rd.
Rock Hill, SC 29732

Peter Shane Donahue
2600 Barefoot Creek Circle
Navarre, FL 32566

Agata Agnieszka Powers
1915 Westpoine Cir.
Orlando, FL 32835

Ayva Lindsey Waiton
637 Pine Tree Lane
Viasta, CA 92081

Timothy Michael Morgan
7220 Bay Club Way
Orlando, FL 32835

Tarsis Carvalho Humphreys
637 Pine Tree Lane
Vista, CA 92081

Zachary Michael Sellers
6640 Ambrosia Lane, Apt. 715
Carlsbad, CA 920ll

Brandon Michael Harrold
4l SE 5th Street
Apt. 1903
Miami, FL 33131

- 4 -

<u>Pro Se Defendants (Via U.S. Mail)</u>

FxWinning Limited
Unit 1411 14/Floor, Cosco Tower, 183
Queen's Road Centr
Sheung Wan
Hong Kong

Rafael Brito Cutie
Nikodimou Millona 46. Apt 102. 3095.
Limassol

David Merino
1 Sheikh Mohammed Bin Rashid Blvd,
Floor 10502
Dubai