UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 23-23139-Civ-Scola

Kristoffer Jon Hind, and others,

    Plaintiffs,

vs.

FxWinning Limited, and others,

    Defendants.
_____/

## Answer to Counterclaim

Plaintiff/Counter-Defendant Lucas Longmire ("Longmire") files this Answer to Defendant/Counter-Plaintiff Arthur Percy's ("Percy") Counterclaim [DE 106], and states:

**I.**    **Answer**

- Longmire admits Paragraphs 2, 13, 16-18, 20-22, 24, 25, 35, 38-39, 41, 43, 61, 65-66, 68-71, 76-77, 84, 86-89, 98, 101, 178, 198 and 206.

- Longmire denies Paragraphs 26-29, 33, 42, 45-55, 57-60, 112-122, and 202-204.

- Longmire is without knowledge as to Paragraphs 1, 3-12, 14-15, 19, 23, 30-32, 34, 36-37, 40, 44, 56, 62-64, 67, 72-75, 78-83, 85, 90-97, 99-100, 102-110, 123-177, 179-197, 199-201, 205, and 207, and therefore Longmire denies the same.

**II.**    **Affirmative Defenses**

1.    Percy's Counterclaim for Fraud against Longmire is barred because Percy cannot satisfy one or more of the following prima facie elements: (1) an alleged false statement of fact by Longmire; (2) allegedly known by the Longmire to be false at the time it was made; (3) allegedly made for the purpose of inducing Percy to act in reliance thereon; (4) action by Percy

in reliance on the correctness of the alleged representation; and (5) resulting in alleged damage to Percy.

2. Percy's Counterclaim for Negligent Misrepresentation against Longmire is barred because Percy cannot satisfy one or more of the following prima facie elements: (1) that Longmire allegedly made a misrepresentation of material fact that Longmire believed to be true but which was in fact allegedly false; (2) that Longmire was allegedly negligent in making the statement because Longmire should have known the representation was allegedly false; (3) that Longmire allegedly intended to induce Percy to rely on the alleged misrepresentation; and (4) that an alleged injury resulted to Percy acting in justifiable reliance upon the alleged misrepresentation.

3. Percy's Counterclaim against Longmire for allegedly Aiding and Abetting the FxWinning Defendants' alleged fraud, conversion, civil theft, and/or breach of fiduciary duty is barred because Percy cannot satisfy one or more of the following prima facie elements: (1) the existence of the underlying alleged fraud, conversion, civil theft, and/or breach of fiduciary duty by the FxWinning Defendants; (2) Longmire's alleged knowledge of the alleged fraud, conversion, civil theft, and/or breach of fiduciary duty; and (3) that Longmire allegedly provided substantial assistance to the FxWinning Defendants' alleged commission of the alleged fraud, conversion, civil theft, and/or breach of fiduciary duty.

### III. **Jury Demand**

Longmire hereby demands a trial by jury.

### IV. **Wherefore Clause**

Wherefore, as to Percy's Counterclaims against Longmire, Longmire demands that judgment be entered in favor of Longmire and against Percy, and further demands taxable costs.

Dated:  September 10, 2024

Respectfully submitted,

RUSSOMANNO & BORRELLO, P.A.
*Counsel for Plaintiff/Counter-Defendant*
*Lucus Longmire*
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

By: /s/ Herman J. Russomanno III
    Herman J. Russomanno III
    Fla. Bar No. 21249
    herman2@russomanno.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document will be served on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Herman J. Russomanno III

Pro Se Plaintiffs (via U.S. Mail)

Jorden David Neil Malcolm
4330 Neel Road
Duncan, BC V9l6m8

Robert Taylor
Yates
932 W. Red Fox Lane
Saratoga Springs, UT 84045

Pro Se Defendants (Via U.S. Mail)

FxWinning Limited
Unit 1411 14/Floor, Cosco Tower, 183
Queen's Road Centr
Sheung Wan
Hong Kong

Rafael Brito Cutie
Nikodimou Millona 46. Apt 102. 3095.
Limassol

David Merino
1 Sheikh Mohammed Bin Rashid Blvd,
Floor 10502
Dubai