2UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-CV-23139

KRISTOFFER JON HIND, et al.,

    Plaintiffs,

v.

FXWINNING LIMITED, et al.,

    Defendants.

_____/



FILED BY ___ D.C.

SEP 11 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**BRITO ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFFS' FIRST AMENDED COMPLAINT
AND TO ARTHUR PERCY'S COUNTERCLAIM**

Defendant, Rafael Brito Cutie ("**BRITO**"), appearing as pro se defendant and pursuant to Fed. R. Civ. P. 12(b), files this Answer and Affirmative Defense to Plaintiffs' First Amended Complaint [D.E. 42], and states as follows:

**<u>INTRODUCTION</u>**

1. The allegations contained in Paragraph 1 call for a legal conclusion, therefore no response is necessary. To the extent where the allegations do not constitute legal conclusions, BRITO denies the allegations in Paragraph 1.

2. BRITO is without knowledge of what CFT defendants may have or may have not represented to Plaintiffs, according to allegations in Paragraph 2.

3. BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 concerning Plaintiffs' December 2022 withdrawals and, therefore, demand strict proof thereof. BRITO otherwise denies the allegations in Paragraph 3.

4. BRITO does not deny that Plaintiffs may have sent emails with information and data, however that does not imply anything. BRITO denies the allegations in Paragraph 4, Plaintiffs did not deposit any amounts (whether FIAT or Crypto) to FXWinning accounts whatsoever, therefore, they were not and are not entitled to any withdrawals. BRITO demands strict proof thereof.

5. BRITO denies the allegations in Paragraph 5 and demands strict proof thereof that justifies and proves Plaintiffs alleged withheld sums of money.

6. To the extent that the allegations contained in Paragraph 6 call for a legal conclusion, no response is necessary. BRITO otherwise denies the allegations in Paragraph 6.

## **THE PARTIES**

7. BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 and, therefore, demand strict proof thereof.

8. BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and, therefore, demand strict proof thereof.

9. BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 and, therefore, demand strict proof thereof.

10. BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 and, therefore, demand strict proof thereof.

11. BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 and, therefore, demand strict proof thereof.

12. BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 and, therefore, demand strict proof thereof.

13.     BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 and, therefore, demand strict proof thereof.

14.     BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 and, therefore, demand strict proof thereof.

15.     BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 and, therefore, demand strict proof thereof.

16.     BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and, therefore, demand strict proof thereof.

17.     BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 and, therefore, demand strict proof thereof.

18.     BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and, therefore, demand strict proof thereof.

19.     BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and, therefore, demand strict proof thereof.

20.     BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and, therefore, demand strict proof thereof.

21.     BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and, therefore, demand strict proof thereof.

22.     BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and, therefore, demand strict proof thereof.

23.     BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and, therefore, demand strict proof thereof.

24.     BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and, therefore, demand strict proof thereof.

25.     BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and, therefore, demand strict proof thereof.

26.     BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and, therefore, demand strict proof thereof.

27.     BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28.     BRITO admits that Rafael Brito Cutie resides in Dubai; denies that BRITO is or ever has been the owner of FXWinning (as a minimum diligent search of the Homg Kong registry reveals, but of course Plaintiffs have not displayed any use of due diligence whatsoever in any of the paragraphs of the complaint); Brito denies he has ever been CEO of fxwinning or, for that matter, ever had any Power of Attorney for FXWinning, and —lastly— categorically denies that Roman Cardenas has ever been Vice President of FXWinning or ever held any position in the company at all. BRITO is without knowledge and denies whatever lies and misrepresentations may CARDENAS have made.

29.     BRITO admit that Defendant Renan de Rocha Gomes Bastos is an individual overthe age of eighteen and who a founder of CFT and its Chief Executive Officer.  Otherwise, the allegations of Paragraph 29 are denied.

30.     BRITO denies he is or ever has been resident of the Miami-Dade County or, for that matter, any place in the United States. BRITO is a Cuban national who has never set foot in the

United States of America simply because he has never been granted a visa and entry permit and always has been rejected said visas and entry permits. Yet again Plaintiffs show a blatant disregard for the facts and a clear lack of due diligence with this court and everyone that is part to this baseless and foundless case.

31.    BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32.    BRITO denies the allegations in Paragraph 32. BRITO categorically denies that Roman Cardenas has ever been Vice President of FXWinning or ever held any position in the company at all. BRITO is without knowledge and denies whatever lies and misrepresentations may CARDENAS have made.

33.    BRITO is without knowledge and denies BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

**JURISDICTION AND VENUE**

34.    The allegations contained in Paragraph 34 call for a legal conclusion, to which no response is necessary. BRITO also continues to denies Plaintiffs' allegation that the Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 "because the case arises, in part, under Sections 5 and 12(a)(1) of the Securities Act of 1933, 15 U.S.C. §§ 77e and 77l(a)(1), and Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the Securities Exchange Commission ("SEC"), 17 C.F.R. § 240.10b-5."

35.    The allegations contained in Paragraph 35 call for a legal conclusion, to which no response is necessary. BRITO also continue to denies Plaintiffs' allegation that the Court has subject-matter jurisdiction over this action "because it arises, in part, under Sections 6 and 25 of the Commodity Exchange Act, 7 U.S.C. §§ 6b, 6e, 6o, and 25."

36.     The allegations contained in Paragraph 36 call for a legal conclusion, to which no response is necessary.  BRITO also continue to denies there is supplemental jurisdiction over the state law claims in this action pursuant to 28 U.S.C. § 1367 based on its denial that the Court has subject matter jurisdiction over Plaintiffs' federal claims.

37.     BRITO denies that FXWinning has ever had any principals or places of business in Miami-Dade County or in the United States of America for that matter. BRITO would like to remind that he has never been granted a U.S.A. Visa or entry permit so all statements made in relation to BRITO being or conducted business in the USA are untrue. On the other hand, CARDENAS has never been Vice President or, for that matter, held any position in FXWinning ever. What is more, FXWinning's policy has always been that no U.S. Citizen is allowed to be a client.

38.     BRITO denies the allegations in Paragraph 38 as FXWinning or Brito personally have never operated or carried out any business in the Miami-Dade County.

## **GENERAL ALLEGATIONS**

39.     BRITO is without knowledge and cannot for a belief of the allegations of Paragraph 39.

40.     BRITO is without knowledge and cannot for a belief of the allegations of Paragraph 40.

41.     BRITO is without knowledge and cannot for a belief of the allegations of Paragraph 41.

42.     BRITO is without knowledge and cannot for a belief of the allegations of Paragraph 42.

43.     BRITO denies ever being owner of FXWinning. BRITO also denies CARDENAS ever holding any position in FXWinning or, for that matter, ever working for or in behalf or FXWinning.

44.     BRITO admits that FXWinning operates the two websites referenced in Paragraph 44.

45.     BRITO denies the allegations that CFT and FxWinning are one-and-the-same. BRITO is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 and, therefore, denies the allegations.

46.     BRITO denies the allegations in Paragraph 46 and demands proof thereof.

47.     BRITO denies the allegations in Paragraph 47 and demands proof thereof.

48.     BRITO denies the allegations in Paragraph 48 and demands proof thereof. BRITO also reminds the court how easy it is to change the contents of a website via HTML and make a screenshot, therefore no screenshots should suffice to constitute proof of any kind.

49.     BRITO denies that FXWinning is currently stating the allegations in paragraph 49.

50.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 50.

51.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 51.

52.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 52.

53.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 53.

54.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 54.

55.     BRITO denies that any executive from FXWinning has ever attended any events in Miami or the USA, let alone the event mentioned in paragraph 55. As a result, BRITO demands proof of the allegations thereof.

56.     BRITO denies that any executive from FXWinning has ever attended any events in Miami or the USA, let alone the event mentioned in paragraph 56. As a result, BRITO demands proof of the allegations thereof. On the other hand, FXWinning has always excluded US Citizens from being their clients.

57.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 57.

58.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 58.

59.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 59.

60.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 60.

61.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 61.

62.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 62.

63.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 63.

64.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 64.

65.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 65.

66.     BRITO denies the allegations in Paragraph 66.

67.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 67.

68.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 67.

69.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 69.

70.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 70.

71.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 71.

72.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 72.

73.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 73.

74.     BRITO is without any knowledge of said party and reminds that CARDENAS was not part of FXWinning ever.

75.     BRITO is without any knowledge of said party and reminds that CARDENAS was not part of FXWinning ever.

76.    BRITO is without any knowledge of said conferences and denies any FXWinning executives attending ever a CFT "summit" or event. CARDENAS was not part of FXWinning ever.

77.    BRITO is without any knowledge of said conferences and denies any FXWinning executives attending ever a CFT "summit" or event. CARDENAS was not part of FXWinning ever.

78.    BRITO is without any knowledge of said conferences and denies any FXWinning executives attending ever a CFT "summit" or event. CARDENAS was not part of FXWinning ever.

79.    BRITO is without knowledge and cannot form a belief of allegation in paragraph 79.

80.    BRITO denies the allegations in Paragraph 80.

81.    BRITO is without knowledge and cannot form a belief of allegation in paragraph 81.

82.    BRITO is without knowledge and cannot form a belief of allegation in paragraph 82.

83.    BRITO is without knowledge and cannot form a belief of allegation in paragraph 83.

84.    BRITO is without knowledge and cannot form a belief of allegation in paragraph 84.

85.    BRITO is without knowledge and cannot form a belief of allegation in paragraph 85.

86.    BRITO is without knowledge and cannot form a belief of allegation in paragraph 86.

87.    BRITO is without knowledge and cannot form a belief of allegation in paragraph 87.

88.    BRITO is without knowledge and cannot form a belief of allegation in paragraph 88.

89.    BRITO is without knowledge and cannot form a belief of allegation in paragraph 89.

90.    BRITO is without knowledge and cannot form a belief of allegation in paragraph 90.

91.    BRITO is without knowledge and cannot form a belief of allegation in paragraph 91.

92.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 92.

93.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 93.

94.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 94.

95.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 95.

96.     BRITO admits said conversation, but denies that Plaintiff Campbell is or was legitimated to any withdrawals as he has never deposited FIAT or Crypto to FXWinning.

97.     BRITO admits the message posted on June 20, 2023, and states that said decision was obliged by FXWinning being blocked from operating MetaTrader software.

98.     BRITO denies that any of the Plaintiffs are entitled to any withdrawal as they have never deposited FIAT or Crypto to any FXWinning account or wallet.

99.     BRITO is without knowledge and cannot form a belief of allegation in paragraph 99.

100.    BRITO denies the allegations in Paragraph 100.

101.    BRITO denies the allegations in Paragraph 101 as they relate to BRITO.  BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101 as to the other defendants and, therefore, denies the allegations.

102.    BRITO denies the allegations in Paragraph 102.

   a.  BRITO denies the allegations in Paragraph 102(a).

   b.  BRITO denies the allegations in Paragraph 102(b).

   c.  BRITO denies the allegations in Paragraph 102(c).

   d.  BRITO denies the allegations in Paragraph 102(d).

   e.  BRITO denies the allegations in Paragraph 102(e).

   f.  BRITO denies the allegations in Paragraph 102(f).

g.  BRITO denies the allegations in Paragraph 102(g).

14

h.  BRITO denies the allegations in Paragraph 102(h).

i.  BRITO denies the allegations in Paragraph 102(i).

j.  BRITO denies the allegations in Paragraph 102(j).

k.  BRITO denies the allegations in Paragraph 102(k).

l.  BRITO denies the allegations in Paragraph 102(*l*).

m.  BRITO denies the allegations in Paragraph 102(m).

n.  BRITO denies the allegations in Paragraph 102(n).

o.  BRITO denies the allegations in Paragraph 102(o).

p.  BRITO denies the allegations in Paragraph 102(p).

q.  BRITO denies the allegations in Paragraph 102(q).

r.  BRITO denies the allegations in Paragraph 102(r).

s.  BRITO denies the allegations in Paragraph 102(s).

t.  BRITO denies the allegations in Paragraph 102(t).

103.  BRITO denies the allegations in Paragraph 103.

u.  BRITO denies the allegations in Paragraph 103(a).

v.  BRITO denies the allegations in Paragraph 103(b).

w.  BRITO denies the allegations in Paragraph 103(c).

x.  BRITO denies the allegations in Paragraph 103(d).

104.  BRITO denies the allegations in Paragraph 104 as they relate to BRITO.  BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104 as to the other individual defendants and, therefore, denies the allegations.

105.    BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 105.

106.    BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106 and, therefore, denies the allegations.

107.    BRITO denies the allegations in Paragraph 107.

108.    BRITO denies the allegations in Paragraph 108, including the allegations that are made in the article referenced by Plaintiffs therein.

109.    BRITO denies the allegations in Paragraph 109, including the allegations that are made in the article referenced by Plaintiffs therein.

110.    BRITO denies the allegations in Paragraph 110, including the allegations that are made in the article referenced by Plaintiffs therein.

111.    BRITO denies the allegations in Paragraph 111.

### COUNT I
### (Violation of the Securities Act of 1933, 15 U.S.C. § 77e and 77l(a)(1) – against Defendants CFT and FxWinning)

112.    Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 112 therefore do not require a response.

113.    Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 113 therefore do not require a response.

114.    Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 114 therefore do not require a response.

115.    Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 115 therefore do not require a response.

116.   Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 116 therefore do not require a response.

    a.   Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 116(a) therefore do not require a response.

    b.   Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 116(b) therefore do not require a response.

    c.   Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 116(c) therefore do not require a response.

117.   Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 117 therefore do not require a response.

118.   Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 118 therefore do not require a response.

119.   Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 119 therefore do not require a response.

120.   Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 120 therefore do not require a response.

**COUNT II**
**(Violation of the Securities Exchange Act of 1934 and Rule 10b-5, 15 U.S.C. § 78j(b) and 17 C.F.R. § 240.10b-5 – against Defendants CFT, FxWinning, de Rocha, Cardenas, and Brito Cutie)**

121.    Count II of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 121 therefore do not require a response.

122.    Count II of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 122 therefore do not require a response.

123.    Count II of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 123 therefore do not require a response.

124.    Count II of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 124 therefore do not require a response.

125.    Count II of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 125 therefore do not require a response.

126.    Count II of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 126 therefore do not require a response.

127.    Count II of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 127 therefore do not require a response.

128.    Count II of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 128 therefore do not require a response.

129.    Count II of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 129 therefore do not require a response.

130.    Count II of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 130 therefore do not require a response.

**COUNT III**
**(Violation of the Commodities Exchange Act, Sections 6 and 25, 7 U.S.C. §§ 6b, 6e, 6o, and 25 – against Defendants CFT, FxWinning, de Rocha, Cardenas, and Brito Cutie)**

131. Count III of Plaintiffs' First Amended Complaint was dismissed by the Court as to RAFAEL BRITO CUTIE, and the allegations contained in Paragraph 131 therefore do not require a response.

132. Count III of Plaintiffs' First Amended Complaint was dismissed by the Court as to RAFAEL BRITO CUTIE, and the allegations contained in Paragraph 132 therefore do not require a response.

133. Count III of Plaintiffs' First Amended Complaint was dismissed by the Court as to RAFAEL BRITO CUTIE, and the allegations contained in Paragraph 133 therefore do not require a response.

134. Count III of Plaintiffs' First Amended Complaint was dismissed by the Court as to RAFAEL BRITO CUTIE, and the allegations contained in Paragraph 134 therefore do not require a response.

135. Count III of Plaintiffs' First Amended Complaint was dismissed by the Court as to RAFAEL BRITO CUTIE, and the allegations contained in Paragraph 135 therefore do not require a response.

136. Count III of Plaintiffs' First Amended Complaint was dismissed by the Court as to RAFAEL BRITO CUTIE, and the allegations contained in Paragraph 136 therefore do not require a response.

137.   Count III of Plaintiffs' First Amended Complaint was dismissed by the Court as to RAFAEL BRITO CUTIE, and the allegations contained in Paragraph 137 therefore do not require a response.

138.   Count III of Plaintiffs' First Amended Complaint was dismissed by the Court as to RAFAEL BRITO CUTIE, and the allegations contained in Paragraph 138 therefore do not require a response.

139.   Count III of Plaintiffs' First Amended Complaint was dismissed by the Court as to RAFAEL BRITO CUTIE, and the allegations contained in Paragraph 139 therefore do not require a response.

## COUNT IV
### (Violation of the Florida Securities and Investor Protection Act, Sections 517.301 and 517.211 – against Defendants CFT, FxWinning, de Rocha, Cardenas, and Brito Cutie)

140.   BRITO realleges and incorporates by reference their answers to each and every allegation contained in the preceding paragraphs as if set forth fully herein.

141.   The allegations contained in Paragraph 141 call for a legal conclusion, to which no response is necessary.  To the extent that the allegations do not constitute legal conclusions, BRITO denies the allegations in Paragraph 141.

142.   BRITO admit that the statute speaks for itself.

143.   BRITO denies the allegations in Paragraph 143.

144.   BRITO admit that the statute speaks for itself.

145.   To the extent that the allegations contained in Paragraph 145 call for a legal conclusion, no response is necessary.  BRITO otherwise denies the allegations in Paragraph 145.

146.   To the extent that the allegations contained in Paragraph 146 call for a legal conclusion, no response is necessary.  BRITO otherwise denies the allegations in Paragraph 146.

147.   BRITO denies the allegations in Paragraph 147.

148.   BRITO denies the allegations in Paragraph 148.

**COUNT V**
**(Breach of Contract – against FxWinning)**

149.   Plaintiffs have not brought Count V against BRITO, and the allegations in Paragraph 149 therefore do not require a response from BRITO.

150.   Plaintiffs have not brought Count V against BRITO, and the allegations in Paragraph 150 therefore do not require a response from BRITO.

151.   Plaintiffs have not brought Count V against BRITO, and the allegations in Paragraph 151 therefore do not require a response from BRITO.

152.   Plaintiffs have not brought Count V against BRITO, and the allegations in Paragraph 152 therefore do not require a response from BRITO.

153.   Plaintiffs have not brought Count V against BRITO, and the allegations in Paragraph 153 therefore do not require a response from BRITO.

154.   Plaintiffs have not brought Count V against BRITO, and the allegations in Paragraph 154 therefore do not require a response from BRITO.

**COUNT VI**
**(Breach of Fiduciary Duty – against all Defendants)**

155.   BRITO realleges and incorporates by reference his answers to each and every allegation contained in the preceding paragraphs as if set forth fully herein.

156.   The Court dismissed Count VI as to BRITO, and the allegations in Paragraph 156 therefore do not require a response from BRITO.

157.   The Court dismissed Count VI as to BRITO, and the allegations in Paragraph 157 therefore do not require a response from BRITO.

158.   The Court dismissed Count VI as to BRITO, and the allegations in Paragraph 158 therefore do not require a response from BRITO.

159.   The Court dismissed Count VI as to BRITO, and the allegations in Paragraph 159 therefore do not require a response from BRITO.

160.   The Court dismissed Count VI as to BRITO, and the allegations in Paragraph 160 therefore do not require a response from BRITO.

## COUNT VII
### (Fraud in the Inducement – against Defendants CFT, FxWinning, de Rocha, Cardenas, and Brito Cutie)

161.   BRITO realleges and incorporates by reference his answers to each and every allegation contained in the preceding paragraphs as if set forth fully herein.

162.   BRITO otherwise denies the allegations in Paragraph 162.

163.   BRITO denies the allegations in Paragraph 163.

164.   BRITO denies the allegations in Paragraph 164.

165.   BRITO denies the allegations in Paragraph 165. Again, plaintiffs have not proven that they deposited FIAT or Cryptocurrencies to any of FXWinnings accounts or wallets. BRITO demands proof thereof.

166.   BRITO denies the allegations in Paragraph 166.  CFT and FXWinning didn´t have and don´t have common ownership, as a search to the HongKong registry reveals to a minimum diligent person, unlike plaintiffs who have shown blatant disregard for minimum diligence when ascertaining and stating facts.

167.   BRITO denies the allegations in Paragraph 167.

168.   BRITO denies the allegations in Paragraph 168.

169.   BRITO denies the allegations in Paragraph 169

170.   BRITO denies the allegations in Paragraph 170.

**COUNT VIII**
**(Negligent Misrepresentations – against Defendants CFT, FxWinning, de Rocha, Cardenas, and Brito Cutie)**

171.   BRITO realleges and incorporates by reference his answers to each and every allegation contained in the preceding paragraphs as if set forth fully herein.

172.   BRITO denies the allegations in Paragraph 172.

173.   BRITO denies the allegations in Paragraph 173.

174.   BRITO denies the allegations in Paragraph 174.

175.   BRITO denies the allegations in Paragraph 175.

176.   BRITO denies the allegations in Paragraph 176

177.   BRITO denies the allegations in Paragraph 177.

## COUNT IX

### (Conversion – against all Defendants)

178.   Count IX of Plaintiffs' First Amended Complaint was dismissed by the Court and, therefore the allegations contained in Paragraph 178 do not require a response.

179.   Count IX of Plaintiffs' First Amended Complaint was dismissed by the Court and, therefore the allegations contained in Paragraph 179 do not require a response.

180.   Count IX of Plaintiffs' First Amended Complaint was dismissed by the Court and, therefore the allegations contained in Paragraph 180 do not require a response.

181.   Count IX of Plaintiffs' First Amended Complaint was dismissed by the Court and, therefore the allegations contained in Paragraph 181 do not require a response.

182.   Count IX of Plaintiffs' First Amended Complaint was dismissed by the Court and, therefore the allegations contained in Paragraph 182 do not require a response.

183.   Count IX of Plaintiffs' First Amended Complaint was dismissed by the Court and, therefore the allegations contained in Paragraph 183 do not require a response.

184.   Count IX of Plaintiffs' First Amended Complaint was dismissed by the Court and, therefore the allegations contained in Paragraph 184 do not require a response.

185.   Count IX of Plaintiffs' First Amended Complaint was dismissed by the Court and, therefore the allegations contained in Paragraph 185 do not require a response.

186.   Count IX of Plaintiffs' First Amended Complaint was dismissed by the Court and, therefore the allegations contained in Paragraph 186 do not require a response.

## COUNT X
### (Unjust Enrichment – against all Defendants)

187.   BRITO realleges and incorporates by reference his answers to each and every allegation contained in the preceding paragraphs as if set forth fully herein.

188.   The Court dismissed Count X as to BRITO, and the allegations in Paragraph 188 therefore do not require a response from BRITO.

189.   The Court dismissed Count X as to BRITO, and the allegations in Paragraph 189 therefore do not require a response from BRITO.

190.   The Court dismissed Count X as to BRITO, and the allegations in Paragraph 190 therefore do not require a response from BRITO.

191.   The Court dismissed Count X as to BRITO, and the allegations in Paragraph 191 therefore do not require a response from BRITO.

192.   The Court dismissed Count X as to BRITO, and the allegations in Paragraph 192 therefore do not require a response from BRITO.

193.   The Court dismissed Count X as to BRITO, and the allegations in Paragraph 193 therefore do not require a response from BRITO.

194.   The Court dismissed Count X as to BRITO, and the allegations in Paragraph 194 therefore do not require a response from BRITO.

## COUNT XI
### (Civil Conspiracy – against all Defendants)

195.   BRITO realleges and incorporates by reference his answers to each and every allegation contained in the preceding paragraphs as if set forth fully herein.

196.   BRITO denies the allegations in Paragraph 196.

197.   BRITO denies the allegations in Paragraph 197.

198.   BRITO denies the allegations in Paragraph 198.

a.  BRITO denies the allegations in Paragraph 198(a).

b.  BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations as to Defendant BRITO and, therefore, denies the allegations.  BRITO otherwise denies the allegations in Paragraph 198(b).

c.  BRITO denies the allegations in Paragraph 198(c).

d.  BRITO denies the allegations in Paragraph 198(d).

e.  BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations as to Defendant Brito Cutie and, therefore, denies the allegations.  BRITO otherwise denies the allegations in Paragraph 198(e).

f.  BRITO is without knowledge or information sufficient to form a belief as to the truth of the allegations as to Defendant Cardenas and, therefore, denies the allegations.  BRITO otherwise denies the allegations in Paragraph 198(f).

199.  BRITO denies the allegations in Paragraph 199.

200.  BRITO denies the allegations in Paragraph 200.

201.  BRITO denies the allegations in Paragraph 201.

## PRAYER FOR RELIEF

BRITO denies that Plaintiffs are entitled to any of the relief sought in the WHEREFORE clause of the Prayer for Relief section of the First Amended Complaint.

**WHEREFORE,** BRITO respectfully request that Plaintiffs take nothing by way of their First Amended Complaint and that judgment be rendered in favor of BRITO and against Plaintiffs, together with such other and further relief as this Court deems just and proper.

## DEFENSES AND AFFIRMATIVE DEFENSES

### First Affirmative Defense

As to all of Plaintiffs' claims, BRITO assert that the Court lacks subject-matter jurisdiction and supplemental jurisdiction, respectively, over Plaintiffs' federal and state law claims brought in this action.

### Second Affirmative Defense

As to all of Plaintiffs' claims, BRITO, always relevant to the allegations in the First Amended Complaint, acted in good faith, and BRITO' conduct was not willful, wanton, reckless, or otherwise unlawful.

### Third Affirmative Defense

As to all of Plaintiffs' claims, BRITO assert that Plaintiffs' claims are barred, either in whole or in part, because BRITO did not know that any alleged misrepresentations, if any, they made to Plaintiffs were false.

### Fourth Affirmative Defense

As to all of Plaintiffs' claims, BRITO assert that Plaintiffs' claims are barred, either in whole or in part, because any alleged misrepresentations, if any, that BRITO made to Plaintiffs were not material.

### Fifth Affirmative Defense

As to all of Plaintiffs' claims, BRITO assert that Plaintiffs' claims are barred, either in whole or in part, because Plaintiffs did not justifiably rely on any alleged misrepresentations, if any, that BRITO made to Plaintiffs.

### Sixth Affirmative Defense

As to all of Plaintiffs' claims, BRITO assert that Plaintiffs' claims are barred, either in whole or in part, because any alleged representations BRITO made to Plaintiffs constituted opinions or were mere puffery rather than fact.

### Seventh Affirmative Defense

As to all of Plaintiffs' claims, BRITO assert that Plaintiffs' claims are barred, either in whole or in part, because any damages Plaintiffs may have suffered were caused in whole or in party by the conduct of other defendants or third parties for whose conduct BRITO is not responsible or liable.

### Eighth Affirmative Defense

As to all of Plaintiffs' claims, BRITO are entitled to a set-off of any recovery by Plaintiffs in an amount equal to that which is recovered from CFT Solutions or any of the other defendants in this case.

### Ninth Affirmative Defense

As to all of Plaintiffs' claims, BRITO assert that Plaintiffs' claims are barred to the extent that any of their alleged injuries were the result, in whole or part, of their own acts, omissions, conduct, or negligence.

### Tenth Affirmative Defense

As to all of Plaintiffs' claims, BRITO assert that Plaintiffs' claims are barred by the doctrine of laches.

### Eleventh Affirmative Defense

As to all of Plaintiffs' claims, BRITO assert that Plaintiffs' claims are barred by the doctrine of waiver.

### Twelfth Affirmative Defense

As to all of Plaintiffs' claims, BRITO asserts that Plaintiff Longmire's claims are barred by the doctrine of unclean hands inasmuch as he engaged in the same activities that he now complains BRITO engaged in as the basis for this lawsuit.

### Thirteenth Affirmative Defense

BRITO asserts that Plaintiffs' claims in Counts II, III, and IV under the Securities Exchange Act of 1934 (the "**1934** Act"), the Commodity Exchange Act, and the Florida Securities and Investor Protection Act ("**FSIPA**"), respectively, are barred because they are not based on domestic securities transactions and are impermissibly extraterritorial.

### Fourteenth Affirmative Defense

BRITO asserts that Plaintiffs' claims in Counts II and III under the 1934 Act and the Commodity Exchange Act are barred because they cannot demonstrate loss causation based on BRITO' alleged conduct.

### Fifteenth Affirmative Defense

BRITO asserts that Plaintiffs' claim in Count II under the 1934 Act is barred because there is no proof that they had the requisite scienter or intent to defraud Plaintiffs in connection with the sale of a security.

### Sixteenth Affirmative Defense

BRITO asserts that Plaintiffs' claim in Count II under the 1934 Act is barred because the claim improperly groups all the defendants in violation of the Private Securities

Litigation Reform Act.

## Seventeenth Affirmative Defense

BRITO asserts that Plaintiffs do not have standing to bring their claim in Count III under the Commodity Exchange Act because Plaintiffs cannot establish that they meet the requirements to bring a private right of action under the Commodities Exchange Act.

## Eighteenth Affirmative Defense

BRITO asserts that Plaintiffs' claim in Count III under the Commodities Exchange Act is barred because neither foreign currency nor commodity pools are subject to the Commodities Exchange Act.

## Nineteenth Affirmative Defense

BRITO asserts that Plaintiffs' claim in Count IV under FSIPA is barred because BRITO did not act negligently.

## Twentieth Affirmative Defense

BRITO asserts that Plaintiffs' claim in Count VI for breach of fiduciary duty is barred because BRITO did not owe Plaintiffs a fiduciary duty in context of the relationship between BRITO and Plaintiffs.

## Twenty-First Affirmative Defense

BRITO asserts that Plaintiffs' claim in Count VI for breach of fiduciary duty is barred because BRITO did not owe Plaintiffs a fiduciary duty because, without limitation, FxWinning did not hold Plaintiffs' funds in its accounts, and BRITO did not hold or oversee the Plaintiffs' funds.

## Twenty-Third Affirmative Defense

BRITO asserts that injunctive relief is not warranted against them because they are not now, nor previously, engaged in any of the wrongful conduct alleged by Plaintiffs and there is no likelihood

that BRITO need to be enjoined to prevent any future activity.  CFT and its principals exercise

complete control over the Plaintiffs money, not BRITO.

## ANSWER TO ARTHUR PERCY'S CROSSCLAIMS AND COUNTERCLAIMS

## PARTIES

BRITO incorporates by reference and reallege answers to Paragraphs 1 through 111 as if fully set forth herein.

1.     Without knowledge.

2.     FXWinning is a Hong Kong limited company that operates and always has operated in its Hong Kong office as the principal and only place of business.

3.     BRITO is a citizen of Cuba and resides in the United Arab Emirates. BRITO denies being the CEO of FXWinning or any other executive position. BRITO has never been owner of FXWinning, nor has he ever claimed to be so.

4.     BRITO admits CARDENAS is USA citizen who, upon information and belief, resides in Cyprus. CARDENAS was never an employee of FXWinning, let alone Vice President. CARDENAS has never exerted substantial control over FXWinning's activities. BRITO is without knowledge of what CARDENAS may have stated and purported to make his own personal advances and reach his own personal objectives.

5.     BRITO is without knowledge and information to form an opinion on the the truth of the allegations in paragraph 5.

6.     BRITO is without knowledge and information to form an opinion on the the truth of the allegations in paragraph 6.

## JURISDICTION AND VENUE

7.     This Courts does not have general jurisdiction over BRITO as he has never engaged in any sort of activity, related to the complaint, in the United States of America. PERCY fails to state in which manner has BRITO been engaged in any sort of activity, let alone has he proven anything.

8.     BRITO realleges the answer to paragraph 7 and denies all the allegations in paragraph 8.

9.     Without knowledge.

10.    Jurisdiction is not proper over BRITO as none of the claims made in the First Amended Complaint described, in any manner, a single conduct of BRITO.

11.    Venue in this district is not proper, as no acts of BRITO have been even stated or claimed, let alone proven.

## GENERAL ALLEGATIONS

BRITO incorporates by reference and realleges answers to Paragraphs 1 through 111 as if fully set forth herein.

### A. The FxWinning Defendants' False and Fraudulent Statements, Misrepresentations, and Fraud

12.    BRITO admints FXWinning was an online foreign exchange investment brokerage. However, BRITO denies PERCY being client of FXWinning. There simply is no record of him ever even making the first onboarding. As a result we demand proof thereof.

13.    BRITO admits FXWinning had two websites that had two different businesses.

14.    BRITO denies all allegations in paragraph 14.

15.   BRITO denies all allegations in paragraph 15, and demands proof thereof.

16.   Without knowledge as it is not directed at BRITO.

17.   Without knowledge as it is not directed at BRITO.

18.   Without knowledge as it is not directed at BRITO.

19.   Without knowledge as it is not directed at BRITO.

20.   Without knowledge as it is not directed at BRITO.

21.   Without knowledge as it is not directed at BRITO.

22.   Without knowledge as it is not directed at BRITO.

23.   Without knowledge as it is not directed at BRITO.

24.   Without knowledge as it is not directed at BRITO.

25.   Without knowledge as it is not directed at BRITO.

26.   Without knowledge as it is not directed at BRITO.

27.   Without knowledge in general. And denied to the extent that PERCY is not stating but making a supposition that an individual, in this case BRITO, could control what was uploaded to FXWinning's website, which is ridiculous, baseless and foundless, and cannot even constitute a claim.

28.   Denied by BRITO. One could ask himself why they attach screenshots of FXWinning's alleged website, but not messages of BRITO that are very easy to screenshot.

29.   Without knowledge as it is not directed at BRITO.

30.   Without knowledge as it is not directed at BRITO.

31.   Without knowledge. Those opinions, however, seem to have the same validity and foundations as this Counterclaim. Everything is based on hearsay and rumours and opinions and

misrepresentations and lies. One, foreigner as BRITO, thought that the USA Judicial System would require higher standards than trustpilot, hopefully that is the case.

32.     Denied by BRITO.

**B.      How FxWinning Purported to Operate**

33.     FXWinning costumers had to make an onboarding process that required, amongst others, legal ID, as PERCY states in Paragraph 59.

34.     BRITO denies PERCY ever being client of FXWinning or ever even doing the onboarding. As a result, BRITO demands proof thereof.

35.     PERCY contradicts the allegations in Paragraph 35 with his allegations in Paragraph 59. In Paragraph 59 he explains how some individual called LONGMIRE, that BRITO has never even heard of, explained him how to avoid FXWinning's non-US Citizen policy by forging a Jamaican Passport. No one at FXWinning was aware of ever having US Citizen clients.

36.     BRITO denies the allegations in Paragraph 36.

37.     BRITO denies the allegations in Paragraph 37.

38.     BRITO denies the allegations in Paragraph 38.

39.     Without knowledge as it is not directed at BRITO.

40.     Without knowledge as it is not directed at BRITO.

41.     Without knowledge as it is not directed at BRITO.

42.     Without knowledge as it is not directed at BRITO.

43.     BRITO admits FXWinning used MetaTrader 4.

44.     BRITO admits FXWinning used MetaTrader 5.

**C.      Longmire Induces PERCY to Deliver Funds to FxWinning.**

45.     Without knowledge as it is not directed at BRITO.

46.     Without knowledge as it is not directed at BRITO.

47.     Without knowledge as it is not directed at BRITO.

48.     Without knowledge as it is not directed at BRITO.

49.     Without knowledge as it is not directed at BRITO.

50.     Without knowledge as it is not directed at BRITO.

51.     Without knowledge as it is not directed at BRITO.

52.     Without knowledge as it is not directed at BRITO.

53.     Without knowledge as it is not directed at BRITO.

54.     Without knowledge as it is not directed at BRITO.

55.     Without knowledge as it is not directed at BRITO.

56.     Without knowledge as it is not directed at BRITO.

57.     Without knowledge as it is not directed at BRITO.

58.     Without knowledge as it is not directed at BRITO.

59.     Without knowledge as it is not directed at BRITO. However this statement clearly states that the person who PERCY claims induced him to allegedly invest in FXWinning explained him how to do it as a USA Citizen, through a forged Jamaican Passport; which we can assume PERCY also used to onboard FXWinning and thus committing multiple violations of the Law and, definitely conspiring and going against FXWinning policy. This clearly shows an elaborate scheme by plaintiffs to onboard FXWinning by forging Jamaican Passports. Given the statement made by PERCY, the Court should require every plaintiff to prove the document ID they used to onboard, or otherwise find the lack of jurisdiction of this Court over the case, as all the statements made by the plaintiffs, even if true, cannot be used to find jurisdiction in this Court, as they knew FXWinning USA citizens policy and they actively avoided it by forging Jamaican passports.

60.     Without knowledge as it is not directed at BRITO.

**D.      FxWinning Refuses to Return the PERCY's Funds Despite Repeated Requests.**

61.     Without knowledge as it is not directed at BRITO.

62.     Without knowledge as it is not directed at BRITO.

63.     Without knowledge as it is not directed at BRITO.

64.     Without knowledge as it is not directed at BRITO.

65.     Without knowledge as it is not directed at BRITO.

66.     Without knowledge as it is not directed at BRITO.

67.     Without knowledge as it is not directed at BRITO.

**E. The FxWinning Defendants advance the FxWinning Scheme with More False and Misleading Statements in Order to Stall and Delay.**

72.     BRITO admits meeting with PERCY in Dubai, but denies the rest of the allegations in Paragraph 72. The meeting was purely a reunion of friends. Had it been a business meeting it would have been done in Hong Kong.

73.     Without knowledge as it is not directed at BRITO.

74.     BRITO denies the allegations in Paragraph 74.

75.     BRITO denies the allegations in Paragraph 75.

76.     Without knowledge as it is not directed at BRITO.

77.     Without knowledge as it is not directed at BRITO.

78.     Without knowledge as it is not directed at BRITO.

79.     Without knowledge.

80.     Without knowledge.

81.     Without knowledge.

82.     Without knowledge.

83.     Without knowledge as it is not directed at BRITO.

84.     Without knowledge as it is not directed at BRITO.

85.     Without knowledge as it is not directed at BRITO.

86.     Without knowledge as it is not directed at BRITO.

87.     Without knowledge as it is not directed at BRITO.

88.     Without knowledge as it is not directed at BRITO.

89.     Without knowledge as it is not directed at BRITO.

90.     Without knowledge as it is not directed at BRITO.

91.     Without knowledge as it is not directed at BRITO.

92.     Without knowledge as it is not directed at BRITO.

93.     Without knowledge as it is not directed at BRITO.

94.     Without knowledge as it is not directed at BRITO.

95.     Without knowledge as it is not directed at BRITO.

96.     Without knowledge as it is not directed at BRITO.

97.     BRITO denies the allegations in paragraph 97.

98.     BRITO denies the allegations in paragraph 98.

99.     BRITO denies the allegations in paragraph 99.

100.    BRITO denies the allegations in paragraph 100.

F.      **FxWinning's Terms and Conditions.**

101.    Without knowledge as it is not directed at BRITO.

102.    Without knowledge as it is not directed at BRITO.

103.    Without knowledge as it is not directed at BRITO.

104.    Without knowledge as it is not directed at BRITO.

105.    Without knowledge as it is not directed at BRITO.

106.    Without knowledge as it is not directed at BRITO.

107.    Without knowledge as it is not directed at BRITO.

108.    Without knowledge as it is not directed at BRITO.

109.    Without knowledge as it is not directed at BRITO.

110.    Without knowledge as it is not directed at BRITO.

111.    Without knowledge as it is not directed at BRITO.

112.    Without knowledge as it is not directed at BRITO.

113.    Without knowledge as it is not directed at BRITO.

**COUNT I**
**<u>Fraud</u>**
(Against Longmire)

BRITO incorporates by reference and reallege answers to Paragraphs 1 through 111 as if fully set forth herein.

112.    Count I has not been brought against BRITO, therefore he is not required to answer.

113.    Count I has not been brought against BRITO, therefore he is not required to answer.

114.    Count I has not been brought against BRITO, therefore he is not required to answer.

115.    Count I has not been brought against BRITO, therefore he is not required to answer.

## COUNT II
### Negligent Misrepresentation
(Against Longmire)

BRITO incorporates by reference and realleges answers to Paragraphs 1 through 111 as if fully set forth herein.

116.   Count I has not been brought against BRITO, therefore he is not required to answer.

117.   Count I has not been brought against BRITO, therefore he is not required to answer.

118.   Count I has not been brought against BRITO, therefore he is not required to answer.

119.   Count I has not been brought against BRITO, therefore he is not required to answer.

120.   Count I has not been brought against BRITO, therefore he is not required to answer.

121.   Count I has not been brought against BRITO, therefore he is not required to answer.

122.   BRITO has suffered damages a direct and proximate result of Longmire's incorrect information and representations.

## COUNT III
### Violation of the Florida Racketeer Influenced and Corruption Organizations ("RICO") Act
(Against the FxWinning Defendants)

BRITO incorporates by reference and realleges answers to Paragraphs 1 through 111 as if fully set forth herein.

**A.**    **The RICO Enterprise**

124.   BRITO denies the allegations in Paragraph 124.

125.   BRITO denies the allegations in Paragraph 125.

126.   BRITO denies the allegations in Paragraph 126.

127.   BRITO denies the allegations in Paragraph 127.

128.    A simple search in the Hong Kong registry reveals that Mbarga is not only the sole owner of FXWinning, but also the sole Director (Full Power of Attorney) of FXWinning. Yet another party who does not show minimum diligence.

129.    Without information.

130.    Without information.

131.    BRITO denies the allegations in Paragraph 131.

**B. Pattern of Racketeering Activity**

132.    BRITO denies the allegations in Paragraph 132.

    1.   Grand Theft in Violation of Florida Statute § 812.014(2)

133.    BRITO denies the allegations in Paragraph 133.

    2.   Communication Fraud in Violation of Florida Statute § 817.034

134.    BRITO denies the allegations in Paragraph 134.

    3.   False Entries and Statements in Violation of Florida Statute § 817.34

135.    BRITO denies the allegations in Paragraph 135.

    4.   Money Laundering in Violation of 18 U.S.C. § 1956(a)(1)(B)(i)

136.    BRITO denies the allegations in Paragraph 136.

137.    BRITO denies the allegations in Paragraph 137.

138.    BRITO denies the allegations in Paragraph 138.

139.    BRITO denies the allegations in Paragraph 139.

140.    BRITO denies the allegations in Paragraph 140.

    5.   Money Laundering in Violation of 18 U.S.C. § 1956(a)(1)(A)(i)

141.    BRITO denies the allegations in Paragraph 141.

142.    BRITO denies the allegations in Paragraph 142.

143.   BRITO denies the allegations in Paragraph 143.

144.   BRITO denies the allegations in Paragraph 144.

145.   BRITO denies the allegations in Paragraph 145.

6.   <u>Money Laundering in Violation of 18 U.S.C. § 1956(a)(2)(A)</u>

146.   BRITO denies the allegations in Paragraph 146.

147.   BRITO denies the allegations in Paragraph 147.

148.   BRITO denies the allegations in Paragraph 148.

7.   <u>Money Laundering in Violation of 18 U.S.C. § 1956(a)(2)(B)(i)</u>

149.   BRITO denies the allegations in Paragraph 149.

150.   BRITO denies the allegations in Paragraph 150.

151.   BRITO denies the allegations in Paragraph 151.

8.   <u>Monetary Transactions in Property Derived from Unlawful Activity in Violation of 18 U.S.C. § 1957</u>

152.   BRITO denies the allegations in Paragraph 152.

153.   BRITO denies the allegations in Paragraph 153.

154.   BRITO denies the allegations in Paragraph 154.

9.   <u>Transportation of Stolen, Converted, or Fraudulently-Taken Goods, Securities, or Money in Violation of 18 U.S.C. § 2314</u>

155.   BRITO denies the allegations in Paragraph 155.

156.   BRITO denies the allegations in Paragraph 156.

157.   BRITO denies the allegations in Paragraph 157.

10.   <u>Receipt, Possession, Concealment, Sale, or Disposal of Stolen, Converted, or Taken Goods in Violation of 18 U.S.C. § 2315</u>

158.   BRITO denies the allegations in Paragraph 158.

159.   BRITO denies the allegations in Paragraph 159.

160.   BRITO denies the allegations in Paragraph 160.

11. Wire Fraud in Violation of 18 U.S.C. § 134

161.   BRITO denies the allegations in Paragraph 161.

162.   BRITO denies the allegations in Paragraph 162.

163.   BRITO denies the allegations in Paragraph 163.

164.   BRITO denies the allegations in Paragraph 164.

165.   BRITO denies the allegations in Paragraph 165.

**C. Nature of Pattern of Racketeering**

166.   BRITO denies the allegations in Paragraph 166.

**D.     Injuries to BRITO**

167.   BRITO denies the allegations in Paragraph 167.

168.   BRITO denies the allegations in Paragraph 168.

169.   BRITO denies the allegations in Paragraph 169.

170.   BRITO denies the allegations in Paragraph 170.

171.   BRITO denies the allegations in Paragraph 171.

**COUNT IV**
**Florida RICO Conspiracy**
(Against the FxWinning Defendants)

BRITO incorporates by reference and realleges answers to Paragraphs 1 through 111 as if fully set forth herein.

172.   BRITO denies the allegations in Paragraph 172.

173.   BRITO denies the allegations in Paragraph 173.

174.   BRITO denies the allegations in Paragraph 174.

175.   BRITO denies the allegations in Paragraph 175.

176.   BRITO denies the allegations in Paragraph 176.

   e.   BRITO denies travelling to Miami and, otherwise, conducting business in Miami when he was owner of FXWinning.

   f.   BRITO denies the allegations in 176(f).

   g.   As far as BRITO knows, Jonathan Lopez and Julian Kuschner were part of CFT and, consequently, had no relation to FXWinning. Furthermore, Julian Kuschner does not speak Spanish and, therefore, any relation to BRITO is impossible because BRITO, as well known to everyone, does not speak any English.

   h.   BRITO denies the allegations in 176(h).

   i.   BRITO denies the allegations in 176(i).

   j.   BRITO denies the allegations in 176(j).

   k.   BRITO denies the allegations in 176(j).

177.   BRITO denies the allegations in 177.

**COUNT V**

**Fraud**
(Against the FxWinning Defendants)

BRITO incorporates by reference and realleges answers to Paragraphs 1 through 111 as if fully set forth herein.

178.   BRITO denies the allegations in 178.

179.   BRITO denies the allegations in 179.

180.   BRITO denies the allegations in 180.

181.   BRITO denies the allegations in 181.

**COUNT VI**
**Civil Conspiracy**
(Against the FxWinning Defendants)

BRITO incorporates by reference and realleges answers Paragraphs 1 through 111 as if fully set forth herein.

182.   BRITO denies the allegations in 182.
183.   BRITO denies the allegations in 183.

a.   BRITO denies the allegations.

b.   BRITO denies the allegations.

c.   BRITO denies the allegations.

d.   BRITO denies the allegations.

e.   BRITO denies the allegations.

f.   BRITO denies the allegations.

g. BRITO denies the allegations.

h. BRITO denies the allegations.

i. BRITO denies the allegations.

j. BRITO denies the allegations.

184. BRITO denies the allegations in Paragraph 184.

## COUNT VII
### Civil Theft
(Against the FxWinning Defendants)

BRITO incorporates by reference and realleges the answers to Paragraphs 1 through 111 as if fully set forth herein.

185. BRITO denies the allegations in Paragraph 185.

186. BRITO is without information and knowledge of the allegations in Paragraph 186.

187. BRITO is without information and knowledge of the allegations in Paragraph 187.

188. BRITO is without information and knowledge of the allegations in Paragraph 188.

189. BRITO is without information and knowledge of the allegations in Paragraph 189.

190. BRITO denies the allegations in Paragraph 190.

191. BRITO denies the allegations in Paragraph 191.

## COUNT VIII
### Breach of Fiduciary Duty
(Against the FxWinning Defendants)

BRITO incorporates by reference and realleges answers to Paragraphs 1 through 111 as if fully set forth herein.

192.   BRITO is without information and knowledge of the allegations in Paragraph 192.

193.   BRITO denies being officer, director or agent of FXWinning.

194.   BRITO is without information and knowledge of the allegations in Paragraph 194.

195.   BRITO denies the allegations in Paragraph 195.

196.   BRITO denies the allegations in Paragraph 196.

197.   BRITO denies the allegations in Paragraph 197.

## COUNT IX
### Conversion
(Against the FxWinning Defendants)

BRITO incorporates by reference and realleges the answers Paragraphs 1 through 111 as if fully set forth herein.

198.   BRITO states that PERCY never was a client of FXWinning and, therefore, never had any account with any funds.

199.   BRITO denies the allegations in Paragraph 199.

200.   BRITO is without information and knowledge of the allegations in Paragraph 200.

201.   BRITO is without information and knowledge of the allegations in Paragraph 201.

## COUNT X
### Aiding and Abetting
(Against Longmire)

202.   Count X has not been brought against BRITO and, as a result, he is not required to answer the questions.

203.   Count X has not been brought against BRITO and, as a result, he is not required to answer the questions.

204.   Count X has not been brought against BRITO and, as a result, he is not required to answer the questions.

### COUNT XI
### Breach of Contract
(Against FxWinning)

205.   Count X has not been brought against BRITO and, as a result, he is not required to answer the questions.

206.   Count X has not been brought against BRITO and, as a result, he is not required to answer the questions.

207.   Count X has not been brought against BRITO and, as a result, he is not required to answer the questions.

### PRAYER FOR RELIEF

BRITO denies that Plaintiffs are entitled to any of the relief sought in the WHEREFORE clause of the Prayer for Relief section of the Crossclaim and Counterclaim.

**WHEREFORE**, BRITO respectfully request that Plaintiffs take nothing by way of their Crosslclaim and that judgment be rendered in favor of BRITO and against PERCY, together with such other and further relief as this Court deems just and proper.

### DEFENSES AND AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Crossclaim, and each cause of action thereof, fails to state a cause of action against BRITO upon which relief may be granted.

### Second Affirmative Defense

The Crossclaim's allegations fail to state with particularity the circumstances constituting fraud or mistake, in violation of Federal Rule of Civil Procedure 9(b).

### Third Affirmative Defense

As to all of Percy's claims, BRITO asserts that Percy's claims are barred, either in whole or in part, because BRITO did not make any alleged misrepresentations.

### Fourth Affirmative Defense

As to all of Percy's claims, BRITO asserts that Plaintiff's claims are barred, either in whole or in part, because any damages Plaintiffs may have suffered were caused in whole or in party by the conduct of other defendants or third parties for whose conduct BRITO is not responsible or liable.

### Fifth Affirmative Defense

As to all of Plaintiff's claims, BRITO asserts that Plaintiffs' claims are barred to the extent that any of their alleged injuries were the result, in whole or part, of their own acts, omissions, conduct, or negligence, even more taking into account that he was COO of CFT, so he cannot argue misrepresentations and misleads when he is Executive of the company that allegedly perpetrated all the ill-conducts.

### Sixth Affirmative Defense

As to all of Plaintiff's claims, BRITO assert that Plaintiffs' claims are barred by the doctrine of laches.

### Seventh Affirmative Defense

As to all of Plaintiff's claims, BRITO assert that Plaintiffs' claims are barred by the doctrine of waiver.

### Eighth Affirmative Defense

As to all of Plaintiff's claims, BRITO asserts that Percy's claims are barred by the doctrine of unclean hands inasmuch as he engaged in the same activities that he now complains FXWinning defendants engaged in as the basis for this lawsuit.

### Ninth Affirmative Defense

BRITO asserts that Plaintiff's claim for breach of fiduciary duty is barred because BRITO did not owe Plaintiffs a fiduciary duty in context of the relationship between BRITO and Plaintiffs.

### Tenth Affirmative Defense

BRITO asserts that injunctive relief is not warranted against them because they are not now, nor previously, engaged in any of the wrongful conduct alleged by Plaintiff and there is no likelihood that BRITO need to be enjoined to prevent any future activity.  CFT and its principals exercise complete control over the Plaintiffs money —in case the claims are true which is unknown to BRITO—, not BRITO.


Dated: September 4th, 2024.                    Respectfully submitted,

                                                 Rafael Brito Cutie, *Pro se defendant*



# UNITED STATES
# POSTAL SERVICE ®

| PRIORITY ®
MAIL

### Retail

UNITED STATES
POSTAL SERVICE.

**P** | US POSTAGE PAID
**$18.40** | Origin: 33134
09/10/24
1158670110-10

**PRIORITY MAIL®**

3 Lb 10.70 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 08/11/24

C075

SHIP
TO:
400 NORTH MIAMI AVE
MIAMI FL 33128-1801

**USPS TRACKING® #**



FROM:
Wilkie D.
U.S. Court
400 North
Miami,

**TO:**
Wilkie
U.S. Co
400 No
Miami

Label 228, December 2023