**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:23-CV-23139

KRISTOFFER JON HIND, et al.,

      Plaintiffs,

v.

FXWINNING LIMITED, et al.,

      Defendants.

_____/



FILED BY _____ *MC* _____ D.C.

SEP 1 1 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**DAVID MERINO QUINTANA ANSWER AND AFFIRMATIVE**
**DEFENSES TO PLAINTIFFS' FIRST AMENDED COMPLAINT**
**AND TO ARTHUR PERCY'S COUNTERCLAIM**

Defendant, David Merino Quintana ("**MERINO**), appearing as pro se defendant and pursuant to

Fed. R. Civ. P. 12(b), file this Answer and Affirmative Defenses to Plaintiffs' First Amended

Complaint [D.E. 42] and ARTHUR PERCY's Counterclaim [D.E. 106], and state as follows:

**INTRODUCTION**

    1. The allegations contained in Paragraph 1 call for a legal conclusion, therefore no

response is necessary. To the extent where the allegations do not constitute legal conclusions,

MERINO denies the allegations in Paragraph 1.

    2. MERINO is without knowledge of what CFT defendants may have or may have not

represented to Plaintiffs, according to allegations in Paragraph 2.

    3. MERINO is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 3 concerning Plaintiffs' December 2022 withdrawals and,

therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn't

part of FXWinning currently or at the time referred in Plaintiff's allegations. MERINO

otherwise denies the allegations in Paragraph 3.

4. MERINO denies the allegations in Paragraph 4. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

5. MERINO denies the allegations in Paragraph 5. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

6. To the extent that the allegations contained in Paragraph 6 call for a legal conclusion, no response is necessary. MERINO otherwise denies the allegations in Paragraph 6. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

## THE PARTIES

7. MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

8. MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

9. MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

10. MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 and, therefore, demand strict proof thereof. MERINO, on

the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

11.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

12.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

13.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

14.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

15.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

16.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

17.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

18.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

19.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

20.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

21.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and, therefore, demand strict proof thereof. MERINO, on

the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

22.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

23.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

24.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

25.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

26.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

27.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and, therefore, demand strict proof thereof. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

28.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 28. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

29.     MERINO admits that Defendant Renan de Rocha Gomes Bastos is an individual over the age of eighteen and who is the founder of CFT and its Chief Executive Officer, or so he portrays.  Otherwise, the allegations of Paragraph 29 are denied.

30.     MERINO is without knowledge and cannot form a belief on the allegations in Paragraph 30.

31.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 31. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

32.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 31. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

33.     MERINO denies he is a resident of Las Palmas de Gran Canaria, Merino is in fact a resident of the United Arab Emirates. MERINO has never conducted any business in the United States of America in relation to FXWinning or CFT or any of the plaintiffs or defendants.

Merino admits he was the founder of FXWinning but states he subsequently sold the 100% of the company, as a diligent search of the Hong Kong Registry reveals. On the other hand, Merino

admits he is the owner of Merino Capital Solutions, but the fact that Merino may or may not own any companies in the Miami-Dade County is irrelevant to this case.

## JURISDICTION AND VENUE

34.    The allegations contained in Paragraph 34 call for a legal conclusion, to which no response is necessary. MERINO also continues to denies Plaintiffs' allegation that the Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 "because the case arises, in part, under Sections 5 and 12(a)(1) of the Securities Act of 1933, 15 U.S.C. §§ 77e and 77l(a)(1), and Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the Securities Exchange Commission ("SEC"), 17 C.F.R. § 240.10b-5."

35.    The allegations contained in Paragraph 35 call for a legal conclusion, to which no response is necessary. MERINO also continue to denies Plaintiffs' allegation that the Court has subject-matter jurisdiction over this action "because it arises, in part, under Sections 6 and 25 of the Commodity Exchange Act, 7 U.S.C. §§ 6b, 6e, 6o, and 25."

36.    The allegations contained in Paragraph 36 call for a legal conclusion, to which no response is necessary. MERINO also continue to denies there is supplemental jurisdiction over the state law claims in this action pursuant to 28 U.S.C. § 1367 based on its denial that the Court has subject matter jurisdiction over Plaintiffs' federal claims.

37.    MERINO admits he owns Merino Capital Solutions, but states that said company has never done any business whatsoever, in US Soil or abroad. What is more, whether MERINO owns and/or operates a company in the Miami-Dade County is irrelevant to this case, as only facts and arguments directly linked to the FXWinning and CFT Solutions are relevant and acceptable.

MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

38.     MERINO denies the allegations in Paragraph 38 as he has never acted or carried out any business in the Miami-Dade County in relation to the current Complaint.

## **GENERAL ALLEGATIONS**

39.     MERINO is without knowledge and cannot for a belief of the allegations of Paragraph 39.

40.     MERINO is without knowledge and cannot for a belief of the allegations of Paragraph 40.

41.     MERINO is without knowledge and cannot for a belief of the allegations of Paragraph 41.

42.     MERINO is without knowledge and cannot for a belief of the allegations of Paragraph 42.

43.     MERINO admits he was the sole founder of FXWinning, but states he subsequently sold it. MERINO never held any official position in FXWinning or, for that matter, he never carried out any business for or in relation to FXWinning. On the other hand, in the short time MERINO was owner of FXWinning, CARDENAS never held any position, or otherwise worked or was affiliated to FXWinning in any way.

44.     MERINO is without knowledge and cannot for a belief of the allegations of Paragraph 44.

45.     MERINO is without knowledge and cannot for a belief of the allegations of Paragraph 45. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

46.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 46. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

47.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 47. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

48.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 48. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

49.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 49. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

50.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 50. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

51.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 51. MERINO, on the other hand,

hereby states that he isn't part of FXWinning currently or at the time referred in Plaintiff's allegations.

52.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 52. MERINO, on the other hand, hereby states that he isn't part of FXWinning currently or at the time referred in Plaintiff's allegations.

53.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 53. MERINO, on the other hand, hereby states that he isn't part of FXWinning currently or at the time referred in Plaintiff's allegations.

54.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 54. MERINO, on the other hand, hereby states that he isn't part of FXWinning currently or at the time referred in Plaintiff's allegations.

55.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 55. MERINO, on the other hand, hereby states that he isn't part of FXWinning currently or at the time referred in Plaintiff's allegations.

56.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 56. MERINO, on the other hand, hereby states that he isn't part of FXWinning currently or at the time referred in Plaintiff's allegations.

57.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 57. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

58.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 58. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

59.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 59. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

60.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 60. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

61.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 61. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

62.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 62. MERINO, on the other hand,

hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

63.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 63. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

64.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 64. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

65.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 65. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

66.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 66. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

67.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 67. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

68.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 68. MERINO, on the other hand, hereby states that he isn't part of FXWinning currently or at the time referred in Plaintiff's allegations.

69.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 69. MERINO, on the other hand, hereby states that he isn't part of FXWinning currently or at the time referred in Plaintiff's allegations.

70.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 70. MERINO, on the other hand, hereby states that he isn't part of FXWinning currently or at the time referred in Plaintiff's allegations.

71.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 71. MERINO, on the other hand, hereby states that he isn't part of FXWinning currently or at the time referred in Plaintiff's allegations.

72.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 72. MERINO, on the other hand, hereby states that he isn't part of FXWinning currently or at the time referred in Plaintiff's allegations.

73.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 73. MERINO, on the other hand,

hereby states that he isn't part of FXWinning currently or at the time referred in Plaintiff's allegations.

74.     MERINO admit only that there was an event in January 2022 where investments and returns were discussed.  MERINO are otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74 and, therefore, denies the allegations.

75.     MERINO is without knowledge or information sufficient to form a belief as to the truth of whether Plaintiffs Longmire and Phillips attended the event and, therefore, demand strict proof thereof.  MERINO otherwise denies the allegations in Paragraph 75.

76.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 76. MERINO, on the other hand, hereby states that he isn't part of FXWinning currently or at the time referred in Plaintiff's allegations.

77.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 77. MERINO, on the other hand, hereby states that he isn't part of FXWinning currently or at the time referred in Plaintiff's allegations.

78.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 78. MERINO, on the other hand, hereby states that he isn't part of FXWinning currently or at the time referred in Plaintiff's allegations.

79.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 79. MERINO, on the other hand,

hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

80.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 80. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

81.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 81. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

82.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 82. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

83.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 83. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

84.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 84. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

85.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 85. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

86.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 86. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

87.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 87. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

88.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 88. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

89.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 89. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

90.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 90. MERINO, on the other hand,

hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

91.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 91. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

92.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 92. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

93.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 93. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

94.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 94. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

95.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 95. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

96.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 96. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

97.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 97. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

98.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 98. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

99.     MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 99. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

100.    MERINO denies the allegations in Paragraph 100.

101.    MERINO denies the allegations in Paragraph 101 as they relate to MERINO. MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101 as to the other defendants and, therefore, denies the allegations.

102.    MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 102. MERINO, on the other hand,

hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

103.   MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 103. MERINO, on the other hand, hereby states that he isn´t part of FXWinning currently or at the time referred in Plaintiff´s allegations.

104.   MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 104.

105.   MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations in allegations in Paragraph 105.

106.   MERINO denies the allegations in Paragraph 106.

107.   MERINO denies the allegations in Paragraph 107.

108.   MERINO denies the allegations in Paragraph 108, including the allegations that are made in the article referenced by Plaintiffs therein.

109.   MERINO denies the allegations in Paragraph 109, including the allegations that are made in the article referenced by Plaintiffs therein.

110.   MERINO denies the allegations in Paragraph 110, including the allegations that are made in the article referenced by Plaintiffs therein.

111.   MERINO denies the allegations in Paragraph 111.

### COUNT I
### (Violation of the Securities Act of 1933, 15 U.S.C. § 77e and 77l(a)(1) – against Defendants CFT and FxWinning)

112.   MERINO realleges and incorporates by reference his answers to each and every allegation contained in the preceding paragraphs as if set forth fully herein.

113.    Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 113 therefore do not require a response.

114.    Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 114 therefore do not require a response.

115.    Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 115 therefore do not require a response.

116.    Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 116 therefore do not require a response.

   a.   Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 116(a) therefore do not require a response.

   b.   Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 116(b) therefore do not require a response.

   c.   Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 116(c) therefore do not require a response.

117.    Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 117 therefore do not require a response.

118.    Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 118 therefore do not require a response.

119.    Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 119 therefore do not require a response.

120.    Count I of Plaintiffs' First Amended Complaint was dismissed by the Court, and the allegations contained in Paragraph 120 therefore do not require a response.

**COUNT II**
**(Violation of the Securities Exchange Act of 1934 and Rule 10b-5, 15 U.S.C. § 78j(b) and 17 C.F.R. § 240.10b-5 – against Defendants CFT, FxWinning, de Rocha, Cardenas, and Brito Cutie)**

121.   MERINO realleges and incorporates by reference his answers to each and every allegation contained in the preceding paragraphs as if set forth fully herein.

122.   Plaintiffs have not brought Count II against MERINO, and the allegations in Paragraph 121¡2 therefore do not require a response from MERINO.

123.   Plaintiffs have not brought Count II against MERINO, and the allegations in Paragraph 123 therefore do not require a response from MERINO.

124.   Plaintiffs have not brought Count II against MERINO, and the allegations in Paragraph 124 therefore do not require a response from MERINO.

125.   Plaintiffs have not brought Count II against MERINO, and the allegations in Paragraph 125 therefore do not require a response from MERINO.

126.   Plaintiffs have not brought Count II against MERINO, and the allegations in Paragraph 126 therefore do not require a response from MERINO.

127.   Plaintiffs have not brought Count II against MERINO, and the allegations in Paragraph 127 therefore do not require a response from MERINO.

128.   Plaintiffs have not brought Count II against MERINO, and the allegations in Paragraph 128 therefore do not require a response from MERINO.

129.   Plaintiffs have not brought Count II against MERINO, and the allegations in Paragraph 129 therefore do not require a response from MERINO.

## COUNT III
### (Violation of the Commodities Exchange Act, Sections 6 and 25, 7 U.S.C. §§ 6b, 6e, 6o, and 25 – against Defendants CFT, FxWinning, de Rocha, Cardenas, and Brito Cutie)

131.    MERINO realleges and incorporates by reference his answers to each and every allegation contained in the preceding paragraphs as if set forth fully herein.

132.    Plaintiffs have not brought Count III against MERINO, and the allegations in Paragraph 132 therefore do not require a response from MERINO.

133.    Plaintiffs have not brought Count III against MERINO, and the allegations in Paragraph 133 therefore do not require a response from MERINO.

134.    Plaintiffs have not brought Count III against MERINO, and the allegations in Paragraph 134 therefore do not require a response from MERINO.

135.    Plaintiffs have not brought Count III against MERINO, and the allegations in Paragraph 135 therefore do not require a response from MERINO.

136.    Plaintiffs have not brought Count III against MERINO, and the allegations in Paragraph 136 therefore do not require a response from MERINO.

137.    Plaintiffs have not brought Count III against MERINO, and the allegations in Paragraph 137 therefore do not require a response from MERINO.

138.    Plaintiffs have not brought Count III against MERINO, and the allegations in Paragraph 138 therefore do not require a response from MERINO.

139.    Plaintiffs have not brought Count III against MERINO, and the allegations in Paragraph 139 therefore do not require a response from MERINO.

**COUNT IV**

**(Violation of the Florida Securities and Investor Protection Act, Sections 517.301 and 517.211 – against Defendants CFT, FxWinning, de Rocha, Cardenas, and Brito Cutie)**

140.    MERINO realleges and incorporates by reference his answers to each and every allegation contained in the preceding paragraphs as if set forth fully herein.

141.    Plaintiffs have not brought Count IV against MERINO, and the allegations in Paragraph 141 therefore do not require a response from MERINO.

142.    Plaintiffs have not brought Count IV against MERINO, and the allegations in Paragraph 142 therefore do not require a response from MERINO.

143.    Plaintiffs have not brought Count IV against MERINO, and the allegations in Paragraph 143 therefore do not require a response from MERINO.

144.    Plaintiffs have not brought Count IV against MERINO, and the allegations in Paragraph 144 therefore do not require a response from MERINO.

145.    Plaintiffs have not brought Count IV against MERINO, and the allegations in Paragraph 145 therefore do not require a response from MERINO.

146.    Plaintiffs have not brought Count IV against MERINO, and the allegations in Paragraph 146 therefore do not require a response from MERINO.

147.    Plaintiffs have not brought Count IV against MERINO, and the allegations in Paragraph 147 therefore do not require a response from MERINO.

148.    Plaintiffs have not brought Count IV against MERINO, and the allegations in Paragraph 148 therefore do not require a response from MERINO.

## COUNT V
### (Breach of Contract – against FxWinning)

149.   MERINO realleges and incorporates by reference his answers to each and every allegation contained in the preceding paragraphs as if set forth fully herein.

150.   Plaintiffs have not brought Count V against MERINO, and the allegations in Paragraph 150 therefore do not require a response from MERINO.

151.   Plaintiffs have not brought Count V against MERINO, and the allegations in Paragraph 151 therefore do not require a response from MERINO.

152.   Plaintiffs have not brought Count V against MERINO, and the allegations in Paragraph 152 therefore do not require a response from MERINO.

153.   Plaintiffs have not brought Count V against MERINO, and the allegations in Paragraph 153 therefore do not require a response from MERINO.

154.   Plaintiffs have not brought Count V against MERINO, and the allegations in Paragraph 154 therefore do not require a response from MERINO.

## COUNT VI
### (Breach of Fiduciary Duty – against all Defendants)

155.   MERINO realleges and incorporates by reference his answers to each and every allegation contained in the preceding paragraphs as if set forth fully herein.

156.   The Court dismissed Count VI as to MERINO, and the allegations in Paragraph 156 therefore do not require a response from MERINO.

157.   The Court dismissed Count VI as to MERINO, and the allegations in Paragraph 157 therefore do not require a response from MERINO.

158.   The Court dismissed Count VI as to MERINO, and the allegations in Paragraph 158 therefore do not require a response from MERINO.

159.    The Court dismissed Count VI as to MERINO, and the allegations in Paragraph 159 therefore do not require a response from MERINO.

160.    The Court dismissed Count VI as to MERINO, and the allegations in Paragraph 160 therefore do not require a response from MERINO.

### COUNT VII
### (Fraud in the Inducement – against Defendants CFT, FxWinning, de Rocha, Cardenas, and Brito Cutie)

161.    MERINO realleges and incorporates by reference his answers to each and every allegation contained in the preceding paragraphs as if set forth fully herein.

162.    Plaintiffs have not brought Count VII against MERINO, and the allegations in Paragraph 162 therefore do not require a response from MERINO.

163.    Plaintiffs have not brought Count VII against MERINO, and the allegations in Paragraph 163 therefore do not require a response from MERINO.

164.    Plaintiffs have not brought Count VII against MERINO, and the allegations in Paragraph 164 therefore do not require a response from MERINO.

165.    Plaintiffs have not brought Count VII against MERINO, and the allegations in Paragraph 165 therefore do not require a response from MERINO.

166.    Plaintiffs have not brought Count VII against MERINO, and the allegations in Paragraph 166 therefore do not require a response from MERINO.

167.    Plaintiffs have not brought Count VII against MERINO, and the allegations in Paragraph 167 therefore do not require a response from MERINO.

168.    Plaintiffs have not brought Count VII against MERINO, and the allegations in Paragraph 168 therefore do not require a response from MERINO.

169.   Plaintiffs have not brought Count VII against MERINO, and the allegations in Paragraph 169 therefore do not require a response from MERINO.

170.   Plaintiffs have not brought Count VII against MERINO, and the allegations in Paragraph 170 therefore do not require a response from MERINO.

## COUNT VIII
### (Negligent Misrepresentations – against Defendants CFT, FxWinning, de Rocha, Cardenas, and Brito Cutie)

171.   MERINO realleges and incorporates by reference his answers to each and every allegation contained in the preceding paragraphs as if set forth fully herein.

172.   Plaintiffs have not brought Count VIII against MERINO, and the allegations in Paragraph 172 therefore do not require a response from MERINO.

173.   Plaintiffs have not brought Count VIII against MERINO, and the allegations in Paragraph 173 therefore do not require a response from MERINO.

174.   Plaintiffs have not brought Count VIII against MERINO, and the allegations in Paragraph 174 therefore do not require a response from MERINO.

175.   Plaintiffs have not brought Count VIII against MERINO, and the allegations in Paragraph 175 therefore do not require a response from MERINO.

176.   Plaintiffs have not brought Count VIII against MERINO, and the allegations in Paragraph 176 therefore do not require a response from MERINO.

177.   Plaintiffs have not brought Count VIII against MERINO, and the allegations in Paragraph 177 therefore do not require a response from MERINO.

## COUNT IX
### (Conversion – against all Defendants)

178.   Count IX of Plaintiffs' First Amended Complaint was dismissed by the Court and, therefore the allegations contained in Paragraph 178 do not require a response.

179.    Count IX of Plaintiffs' First Amended Complaint was dismissed by the Court and, therefore the allegations contained in Paragraph 179 do not require a response.

180.    Count IX of Plaintiffs' First Amended Complaint was dismissed by the Court and, therefore the allegations contained in Paragraph 180 do not require a response.

181.    Count IX of Plaintiffs' First Amended Complaint was dismissed by the Court and, therefore the allegations contained in Paragraph 181 do not require a response.

182.    Count IX of Plaintiffs' First Amended Complaint was dismissed by the Court and, therefore the allegations contained in Paragraph 182 do not require a response.

183.    Count IX of Plaintiffs' First Amended Complaint was dismissed by the Court and, therefore the allegations contained in Paragraph 183 do not require a response.

184.    Count IX of Plaintiffs' First Amended Complaint was dismissed by the Court and, therefore the allegations contained in Paragraph 184 do not require a response.

185.    Count IX of Plaintiffs' First Amended Complaint was dismissed by the Court and, therefore the allegations contained in Paragraph 185 do not require a response.

186.    Count IX of Plaintiffs' First Amended Complaint was dismissed by the Court and, therefore the allegations contained in Paragraph 186 do not require a response.

## COUNT X
### (Unjust Enrichment – against all Defendants)

187.    MERINO realleges and incorporates by reference his answers to each and every allegation contained in the preceding paragraphs as if set forth fully herein.

188.    The Court dismissed Count X as to MERINO, and the allegations in Paragraph 188 therefore do not require a response from MERINO.

189.   The Court dismissed Count X as to MERINO, and the allegations in Paragraph 189 therefore do not require a response from MERINO.

190.   The Court dismissed Count X as to MERINO, and the allegations in Paragraph 190 therefore do not require a response from MERINO.

191.   The Court dismissed Count X as to MERINO, and the allegations in Paragraph 191 therefore do not require a response from MERINO.

192.   The Court dismissed Count X as to MERINO, and the allegations in Paragraph 192 therefore do not require a response from MERINO.

193.   The Court dismissed Count X as to MERINO, and the allegations in Paragraph 193 therefore do not require a response from MERINO.

194.   CFT and MERINO denies the allegations in Paragraph 194.  The Court dismissed Count X as to MERINO, and the allegations in Paragraph 194 therefore do not require a response from MERINO.

### COUNT XI
### (Civil Conspiracy – against all Defendants)

195.   MERINO realleges and incorporates by reference his answers to each and every allegation contained in the preceding paragraphs as if set forth fully herein.

196.   MERINO denies the allegations in Paragraph 196.

197.   MERINO denies the allegations in Paragraph 197.

198.   MERINO denies the allegations in Paragraph 198.

a.   MERINO denies the allegations in Paragraph 198(a).

b.   MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations as to Defendant Merino and, therefore, denies the allegations.  MERINO otherwise denies the allegations in Paragraph 198(b).

   c.  MERINO denies the allegations in Paragraph 198(c).

   d.  MERINO denies the allegations in Paragraph 198(d).

   e.  MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations as to Defendant Brito Cutie and, therefore, denies the allegations.  MERINO otherwise denies the allegations in Paragraph 198(e).

   f.  MERINO is without knowledge or information sufficient to form a belief as to the truth of the allegations as to Defendant Cardenas and, therefore, denies the allegations.  MERINO otherwise denies the allegations in Paragraph 198(f).

199.   MERINO denies the allegations in Paragraph 199.

200.   MERINO denies the allegations in Paragraph 200.

201.   MERINO denies the allegations in Paragraph 201.

<u>**PRAYER FOR RELIEF**</u>

MERINO denies that Plaintiffs are entitled to any of the relief sought in the WHEREFORE clause of the Prayer for Relief section of the First Amended Complaint.

**WHEREFORE**, MERINO respectfully request that Plaintiffs take nothing by way of their First Amended Complaint and that judgment be rendered in favour of MERINO and against Plaintiffs, together with such other and further relief as this Court deems just and proper.

## DEFENSES AND AFFIRMATIVE DEFENSES

### First Defense

The First Amended Complaint, and each cause of action thereof, fails to state a cause of action against MERINO upon which relief may be granted.

### Second Defense

The First Amended Complaint's allegations fail to state with particularity the circumstances constituting fraud or mistake, in violation of Federal Rule of Civil Procedure 9(b).

### First Affirmative Defense

As to all of Plaintiffs' claims, MERINO asserts that the Court lacks subject-matter jurisdiction and supplemental jurisdiction, respectively, over Plaintiffs' federal and state law claims brought in this action.

### Second Affirmative Defense

As to all of Plaintiffs' claims, MERINO, always relevant to the allegations in the First Amended Complaint, acted in good faith, and MERINO's conduct was not willful, wanton, reckless, or otherwise unlawful.

### Third Affirmative Defense

As to all of Plaintiffs' claims, MERINO asserts that Plaintiffs' claims are barred, either in whole or in part, because MERINO did not make any alleged misrepresentations, if any, because he never talked to any of the Plaintiffs.

### Fourth Affirmative Defense

As to all of Plaintiffs' claims, MERINO asserts that Plaintiffs' claims are barred, either in whole or in part, because any damages Plaintiffs may have suffered were caused in whole or in part by the conduct of other defendants or third parties for whose conduct MERINO is not responsible or liable.

### Fifth Affirmative Defense

As to all of Plaintiffs' claims, MERINO asserts that Plaintiffs' claims are barred to the extent that any of their alleged injuries were the result, in whole or part, of their own acts, omissions, conducts, or negligence.

### Sixth Affirmative Defense

As to all of Plaintiffs' claims, MERINO asserts that Plaintiffs' claims are barred by the doctrine of laches.

### Seventh Affirmative Defense

As to all of Plaintiffs' claims, MERINO assert that Plaintiffs' claims are barred by the doctrine of waiver.

### Eighth Affirmative Defense

MERINO assert that Plaintiffs' claims in Counts II, III, and IV under the Securities Exchange Act of 1934 (the **"1934 Act"**), the Commodity Exchange Act, and the Florida Securities and Investor Protection Act (**"FSIPA"**), respectively, are barred because they are not based on domestic securities transactions and are impermissibly extraterritorial.

### Ninth Affirmative Defense

MERINO assert that Plaintiffs' claim in Count II under the 1934 Act is barred because the claim improperly groups all the defendants in violation of the Private Securities Litigation Reform Act.

### Twenty-Third Affirmative Defense

MERINO assert that injunctive relief is not warranted against them because they are not now, nor previously, engaged in any of the wrongful conduct alleged by Plaintiffs and there is no likelihood

that MERINO needs to be enjoined to prevent any future activity.  If anyone, CFT and FXWinning

exercise complete control over the Plaintiffs money, not MERINO.

## ANSWER TO ARTHUR PERCY´S CROSSCLAIMS AND COUNTERCLAIMS

### PARTIES

1.      Without knowledge.

2.      MERINO is without knowledge and information to form an opinion on the allegations in paragraph 2. In the short period of time in which he was owner of FXWinning the company only had HongKong as base and place of doing business.

3.      MERINO is without knowledge and information to form an opinion on the allegations in paragraph 3.

4.      MERINO is without knowledge and information to form an opinion on the allegations in paragraph 4. In the short period of time in which MERINO was owner of FXWinning, CARDENAS was never part of the company, in any manner.

5.      MERINO denies being a Miami-Dade resident, currently or in the past. He states that he is a resident of the United Arab Emirates. MERINO was, shortly, owner of FXWinning but it was sold soon after the incorporation of the company. MERINO has never held, and for that matter never stated or portrayed to be, any position within FXWinning. He has never performed any functions, let alone those of COO. MERINO denies ever exerting substantial control over FXWinning´s activities and any, if any, wrongful conducts.

6.      Without knowledge.

### JURISDICTION AND VENUE

7.      This Courts does not have general jurisdiction over MERINO as he has never engaged in any sort of activity, related to the complaint, in the United States of America. PERCY

fails to state in which manner has MERINO been engaged in any sort of activity, let alone has he proven anything.

8.      MERINO realleges the answer to paragraph 7 and denies all the alegations in paragraph 8.

9.      Without knowledge.

10.     Jurisdiction is not proper over MERINO as none of the claims made in the First Amended Complaint described, in any manner, a single conduct of Merino.

11.     Venue in this district is not proper, as no acts of Merino have been even stated or claimed, let alone proven.

## GENERAL ALLEGATIONS

MERINO incorporates by reference and reallege answers to Paragraphs 1 through 111 as if fully set forth herein.

### A. The FxWinning Defendants' False and Fraudulent Statements, Misrepresentations, and Fraud

12.     Without knowledge.

13.     Without knowledge.

14.     MERINO denies all allegations in paragraph 14.

15.     MERINO denies all allegations in paragraph 15, and demands proof thereof.

16.     Without knowledge as it is not directed at MERINO.

17.     Without knowledge as it is not directed at MERINO.

18.     Without knowledge as it is not directed at MERINO.

19.     Without knowledge as it is not directed at MERINO.

20.     Without knowledge as it is not directed at MERINO.

21.     Without knowledge as it is not directed at MERINO.

22.     Without knowledge as it is not directed at MERINO.

23.     Without knowledge as it is not directed at MERINO.

24.     Without knowledge as it is not directed at MERINO.

25.     Without knowledge as it is not directed at MERINO.

26.     Without knowledge as it is not directed at MERINO.

27.     Without knowledge in general. And denied to the extent that PERCY is not stating but making a supposition that an individual, in this case MERINO, could control what was uploaded to FXWinning's website, which is ridiculous, baseless and foundless, and cannot even constitute a claim.

28.     Denied by MERINO. One could ask himself why they attach screenshots of FXWinning's alleged website, but not messages of MERINO that are very easy to screenshot. Simply because they do not exist.

29.     Without knowledge as it is not directed at MERINO.

30.     Without knowledge as it is not directed at MERINO.

31.     Without knowledge. Those opinions, however, seem to have the same validity and foundations as this Counterclaim. Everything is based on hearsay and rumours and opinions and misrepresentations and lies. One, foreigner as MERINO, thought that the USA Judicial System would require higher standards than trustpilot, hopefully that is the case.

32.     Denied by MERINO.

**B.**     **How FxWinning Purported to Operate**

33.     Without knowledge as it is not directed at MERINO.

34.     Without knowledge as it is not directed at MERINO.

35.     Without knowledge as it is not directed at MERINO. To the extent that is directed to

MERINO, denied.

36.     Without knowledge as it is not directed at MERINO.

37.     Without knowledge as it is not directed at MERINO.

38.     Without knowledge as it is not directed at MERINO.

39.     Without knowledge as it is not directed at MERINO.

40.     Without knowledge as it is not directed at MERINO.

41.     Without knowledge as it is not directed at MERINO.

42.     Without knowledge as it is not directed at MERINO.

43.     Without knowledge as it is not directed at MERINO.

44.     Without knowledge as it is not directed at MERINO.

**C.**     **Longmire Induces PERCY to Deliver Funds to FxWinning.**

45.     Without knowledge as it is not directed at MERINO.

46.     Without knowledge as it is not directed at MERINO.

47.     Without knowledge as it is not directed at MERINO.

48.     Without knowledge as it is not directed at MERINO.

49.     Without knowledge as it is not directed at MERINO.

50.     Without knowledge as it is not directed at MERINO.

51.     Without knowledge as it is not directed at MERINO.

52.     Without knowledge as it is not directed at MERINO.

53.     Without knowledge as it is not directed at MERINO.

54.     Without knowledge as it is not directed at MERINO.

55.     Without knowledge as it is not directed at MERINO.

56.     Without knowledge as it is not directed at MERINO.

57.     Without knowledge as it is not directed at MERINO.

58.     Without knowledge as it is not directed at MERINO.

59.     Without knowledge as it is not directed at MERINO. However this statement clearly states that the person who PERCY claims induced him to allegedly invest in FXWinning explained him how to do it as a USA Citizen, through a forged Jamaican Passport; which we can assume PERCY also used to onboard FXWinning and thus committing multiple violations of the Law and, definitely conspiring and going against FXWinning policy. This clearly shows an elaborate scheme by plaintiffs to onboard FXWinning by forging Jamaican Passports. Given the statement made by PERCY, the Court should require every plaintiff to prove the document ID they used to onboard, or otherwise find the lack of jurisdiction of this Court over the case, as all the statements made by the plaintiffs, even if true, cannot be used to find jurisdiction in this Court, as they knew FXWinning USA citizens policy and they actively avoided it by forging Jamaican passports.

60.     Without knowledge as it is not directed at MERINO.

**D.     <u>FxWinning Refuses to Return the PERCY's Funds Despite Repeated Requests.</u>**

61.     Without knowledge as it is not directed at MERINO.

62.     Without knowledge as it is not directed at MERINO.

63.     Without knowledge as it is not directed at MERINO.

64.     Without knowledge as it is not directed at MERINO.

65.     Without knowledge as it is not directed at MERINO.

66.   Without knowledge as it is not directed at MERINO.

67.   Without knowledge as it is not directed at MERINO.

**E. The FxWinning Defendants advance the FxWinning Scheme with More False and Misleading Statements in Order to Stall and Delay.**

72.   Without knowledge as it is not directed at MERINO.

73.   Without knowledge as it is not directed at MERINO.

74.   Without knowledge as it is not directed at MERINO.

75.   Without knowledge as it is not directed at MERINO.

76.   Without knowledge as it is not directed at MERINO.

77.   Without knowledge as it is not directed at MERINO.

78.   Without knowledge as it is not directed at MERINO.

79.   Without knowledge as it is not directed at MERINO.

80.   Without knowledge as it is not directed at MERINO.

81.   Without knowledge as it is not directed at MERINO.

82.   Without knowledge as it is not directed at MERINO.

83.   Without knowledge as it is not directed at MERINO.

84.   Without knowledge as it is not directed at MERINO.

85.   Without knowledge as it is not directed at MERINO.

86.   Without knowledge as it is not directed at MERINO.

87.   Without knowledge as it is not directed at MERINO.

88.   Without knowledge as it is not directed at MERINO.

89.   Without knowledge as it is not directed at MERINO.

90.   Without knowledge as it is not directed at MERINO.

91.   Without knowledge as it is not directed at MERINO.

92.   Without knowledge as it is not directed at MERINO.

93.   Without knowledge as it is not directed at MERINO.

94.   Without knowledge as it is not directed at MERINO.

95.   Without knowledge as it is not directed at MERINO.

96.   Without knowledge as it is not directed at MERINO.

97.   MERINO denies the allegations in paragraph 97.

98.   MERINO denies the allegations in paragraph 98.

99.   MERINO denies the allegations in paragraph 99.

100.  MERINO denies the allegations in paragraph 100.

F.   **FxWinning's Terms and Conditions.**

101.  Without knowledge as it is not directed at MERINO.

102.  Without knowledge as it is not directed at MERINO.

103.  Without knowledge as it is not directed at MERINO.

104.  Without knowledge as it is not directed at MERINO.

105.  Without knowledge as it is not directed at MERINO.

106.  Without knowledge as it is not directed at MERINO.

107.  Without knowledge as it is not directed at MERINO.

108.  Without knowledge as it is not directed at MERINO.

109.  Without knowledge as it is not directed at MERINO.

110.  Without knowledge as it is not directed at MERINO.

111.  Without knowledge as it is not directed at MERINO.

112.  Without knowledge as it is not directed at MERINO.

113.  Without knowledge as it is not directed at MERINO.

**COUNT I**
**Fraud**
(Against Longmire)

MERINO incorporates by reference and reallege answers to Paragraphs 1 through 111 as if fully set forth herein.

112.     Count I has not been brought against MERINO, therefore he is not required to answer.

113.     Count I has not been brought against MERINO, therefore he is not required to answer.

114.     Count I has not been brought against MERINO, therefore he is not required to answer.

115.     Count I has not been brought against MERINO, therefore he is not required to answer.

**COUNT II**
**Negligent Misrepresentation**
(Against Longmire)

MERINO incorporates by reference and reallege answers to Paragraphs 1 through 111 as if fully set forth herein.

116.   Count I has not been brought against MERINO, therefore he is not required to answer.

117.   Count I has not been brought against MERINO, therefore he is not required to answer.

118.   Count I has not been brought against MERINO, therefore he is not required to answer.

119. Count I has not been brought against MERINO, therefore he is not required to answer.

120. Count I has not been brought against MERINO, therefore he is not required to answer.

121. Count I has not been brought against MERINO, therefore he is not required to answer.

122. MERINO has suffered damages a direct and proximate result of Longmire's incorrect information and representations.

## COUNT III
### Violation of the Florida Racketeer Influenced and Corruption Organizations ("RICO") Act
(Against the FxWinning Defendants)

MERINO incorporates by reference and reallege answers to Paragraphs 1 through 111 as if fully set forth herein.

**A.      The RICO Enterprise**

124. MERINO denies the allegations in Paragraph 124.

125. MERINO denies the allegations in Paragraph 125.

126. MERINO denies the allegations in Paragraph 126.

127. MERINO denies the allegations in Paragraph 127.

128. A simple search in the Hong Kong registry reveals that Mbarga is not only the sole owner of FXWinning, but also the sole Director (Full Power of Attorney) of FXWinning. Yet another party who does not show minimum diligence.

129. Without information.

130. Without information other than the one sale that MERINO did.

131.    MERINO denies the allegations in Paragraph 131.

**B. Pattern of Racketeering Activity**

132.    MERINO denies the allegations in Paragraph 132.

    1.    Grand Theft in Violation of Florida Statute § 812.014(2)

133.    MERINO denies the allegations in Paragraph 133.

    2.    Communication Fraud in Violation of Florida Statute § 817.034

134.    MERINO denies the allegations in Paragraph 134.

    3.    False Entries and Statements in Violation of Florida Statute § 817.34

135.    MERINO denies the allegations in Paragraph 135.

    4.    Money Laundering in Violation of 18 U.S.C. § 1956(a)(1)(B)(i)

136.    MERINO denies the allegations in Paragraph 136.

137.    MERINO denies the allegations in Paragraph 137.

138.    MERINO denies the allegations in Paragraph 138.

139.    MERINO denies the allegations in Paragraph 139.

140.    MERINO denies the allegations in Paragraph 140.

    5.    Money Laundering in Violation of 18 U.S.C. § 1956(a)(1)(A)(i)

141.    MERINO denies the allegations in Paragraph 141.

142.    MERINO denies the allegations in Paragraph 142.

143.    MERINO denies the allegations in Paragraph 143.

144.    MERINO denies the allegations in Paragraph 144.

145.    MERINO denies the allegations in Paragraph 145.

    6.    Money Laundering in Violation of 18 U.S.C. § 1956(a)(2)(A)

146.    MERINO denies the allegations in Paragraph 146.

147.   MERINO denies the allegations in Paragraph 147.

148.   MERINO denies the allegations in Paragraph 148.

   7.   <u>Money Laundering in Violation of 18 U.S.C. § 1956(a)(2)(B)(i)</u>

149.   MERINO denies the allegations in Paragraph 149.

150.   MERINO denies the allegations in Paragraph 150.

151.   MERINO denies the allegations in Paragraph 151.

   8.   <u>Monetary Transactions in Property Derived from Unlawful Activity in Violation of 18 U.S.C. § 1957</u>

152.   MERINO denies the allegations in Paragraph 152.

153.   MERINO denies the allegations in Paragraph 153.

154.   MERINO denies the allegations in Paragraph 154.

   9.   <u>Transportation of Stolen, Converted, or Fraudulently-Taken Goods, Securities, or Money in Violation of 18 U.S.C. § 2314</u>

155.   MERINO denies the allegations in Paragraph 155.

156.   MERINO denies the allegations in Paragraph 156.

157.   MERINO denies the allegations in Paragraph 157.

   10.  <u>Receipt, Possession, Concealment, Sale, or Disposal of Stolen, Converted, or Taken Goods in Violation of 18 U.S.C. § 2315</u>

158.   MERINO denies the allegations in Paragraph 158.

159.   MERINO denies the allegations in Paragraph 159.

160.   MERINO denies the allegations in Paragraph 160.

   11.  <u>Wire Fraud in Violation of 18 U.S.C. § 134</u>

161.   MERINO denies the allegations in Paragraph 161.

162.   MERINO denies the allegations in Paragraph 162.

163.   MERINO denies the allegations in Paragraph 163.

164.   MERINO denies the allegations in Paragraph 164.

165.   MERINO denies the allegations in Paragraph 165.

**C. Nature of Pattern of Racketeering**

166.   MERINO denies the allegations in Paragraph 166.

**D.**     **Injuries to MERINO**

167.   MERINO denies the allegations in Paragraph 167.

168.   MERINO denies the allegations in Paragraph 168.

169.   MERINO denies the allegations in Paragraph 169.

170.   MERINO denies the allegations in Paragraph 170.

171.   MERINO denies the allegations in Paragraph 171.

**COUNT IV**
**Florida RICO Conspiracy**
(Against the FxWinning Defendants)

MERINO incorporates by reference and reallege answers to Paragraphs 1 through 111 as if fully set forth herein.

172.   MERINO denies the allegations in Paragraph 172.

173.   MERINO denies the allegations in Paragraph 173.

174.   MERINO denies the allegations in Paragraph 174.

175.   MERINO denies the allegations in Paragraph 175.

176.   MERINO denies the allegations in Paragraph 176.

   e.  Merino denies travelling to Miami and, otherwise, conducting business in Miami when he was owner of FXWinning.

   f.  Merino denies the allegations in 176(f).

   g.  As far as MERINO knows, Jonathan Lopez and Julian Kuschner were part of CFT and, consequently, had no relation to FXWinning. Furthermore, Julian Kuschner does not speak Spanish and, therefore, any relation to MERINO is impossible because MERINO, as well known to everyone, does not speak any English.

   h.  Merino denies the allegations in 176(h).

   i.  Merino denies the allegations in 176(i).

   j.  Merino denies the allegations in 176(j).

   k.  Merino denies the allegations in 176(j).

177.   Merino denies the allegations in 177.

## COUNT V
### Fraud
(Against the FxWinning Defendants)

MERINO incorporates by reference and realleges answers to Paragraphs 1 through 111 as if fully set forth herein.

178.   Merino denies the allegations in 178.

179.   Merino denies the allegations in 179.

180.   Merino denies the allegations in 180.

181.   Merino denies the allegations in 181.

**COUNT VI**
**Civil Conspiracy**
(Against the FxWinning Defendants)

MERINO incorporates by reference and realleges answers Paragraphs 1 through 111 as if fully set forth herein.

182.   Merino denies the allegations in 182.
183.   Merino denies the allegations in 183.

    a.   Merino denies the allegations.

    b.   Merino denies the allegations.

    c.   Merino denies the allegations.

    d.   Merino denies the allegations.

    e.   Merino denies the allegations.

    f.   Merino denies the allegations.

    g.   Merino denies the allegations.

    h.   Merino denies the allegations.

    i.   Merino denies the allegations.

    j.   Merino denies the allegations.

184.   Merino denies the allegations in Paragraph 184.

## COUNT VII
### Civil Theft
(Against the FxWinning Defendants)

MERINO incorporates by reference and realleges the answers to Paragraphs 1 through 111 as if fully set forth herein.

185.   Merino denies the allegations in Paragraph 185.

186.   MERINO is without information and knowledge of the allegations in Paragraph 186.

187.   MERINO is without information and knowledge of the allegations in Paragraph 187.

188.   MERINO is without information and knowledge of the allegations in Paragraph 188.

189.   MERINO is without information and knowledge of the allegations in Paragraph 189.

190.   MERINO denies the allegations in Paragraph 190.

191.   MERINO denies the allegations in Paragraph 191.

## COUNT VIII
### Breach of Fiduciary Duty
(Against the FxWinning Defendants)

MERINO incorporates by reference and realleges answers to Paragraphs 1 through 111 as if fully set forth herein.

192.   MERINO is without information and knowledge of the allegations in Paragraph 192.

193.   Merino denies being officer, director or agent of FXWinning.

194.   MERINO is without information and knowledge of the allegations in Paragraph 194.

195.   MERINO denies the allegations in Paragraph 195.

196.   MERINO denies the allegations in Paragraph 196.

197.   MERINO denies the allegations in Paragraph 197.

**COUNT IX**
**Conversion**
(Against the FxWinning Defendants)

MERINO incorporates by reference and realleges the answers Paragraphs 1 through 111 as if fully set forth herein.

198.   MERINO is without information and knowledge of the allegations in Paragraph 198.

199.   MERINO denies the allegations in Paragraph 199.

200.   MERINO is without information and knowledge of the allegations in Paragraph 200.

201.   MERINO is without information and knowledge of the allegations in Paragraph 201.

**COUNT X**
**Aiding and Abetting**
(Against Longmire)

202.   Count X has not been brought against MERINO and, as a result, he is not required to answer the questions.

203.   Count X has not been brought against MERINO and, as a result, he is not required to answer the questions.

204.   Count X has not been brought against MERINO and, as a result, he is not required to answer the questions.

## COUNT XI
### Breach of Contract
(Against FxWinning)

204.   Count X has not been brought against MERINO and, as a result, he is not required to answer the questions.

205.   Count X has not been brought against MERINO and, as a result, he is not required to answer the questions.

206.   Count X has not been brought against MERINO and, as a result, he is not required to answer the questions.

### PRAYER FOR RELIEF

MERINO denies that Plaintiffs are entitled to any of the relief sought in the WHEREFORE clause of the Prayer for Relief section of the Crossclaim and Counterclaim.

**WHEREFORE**, MERINO respectfully request that Plaintiffs take nothing by way of their Crosslclaim and that judgment be rendered in favor of MERINO and against PERCY, together with such other and further relief as this Court deems just and proper.

### DEFENSES AND AFFIRMATIVE DEFENSES

#### First Affirmative Defense

The Crossclaim, and each cause of action thereof, fails to state a cause of action against BRITO upon which relief may be granted.

#### Second Affirmative Defense

The Crossclaim's allegations fail to state with particularity the circumstances constituting fraud or mistake, in violation of Federal Rule of Civil Procedure 9(b).

### Third Affirmative Defense

As to all of Percy´s claims, MERINO asserts that Percy´s claims are barred, either in whole or in part, because MERINO did not make any alleged misrepresentations.

### Fourth Affirmative Defense

As to all of Percy´s claims, MERINO asserts that Plaintiff´s claims are barred, either in whole or in part, because any damages Plaintiffs may have suffered were caused in whole or in party by the conduct of other defendants or third parties for whose conduct MERINO is not responsible or liable.

### Fifth Affirmative Defense

As to all of Plaintiff´s claims, MERINO asserts that Plaintiffs' claims are barred to the extent that any of their alleged injuries were the result, in whole or part, of their own acts, omissions, conduct, or negligence, even more taking into account that he was COO of CFT, so he cannot argue misrepresentations and misleads when he is Executive of the company that allegedly perpetrated all the ill-conducts.

### Sixth Affirmative Defense

As to all of Plaintiff´s claims, BRITO assert that Plaintiffs' claims are barred by the doctrine of laches.

### Seventh Affirmative Defense

As to all of Plaintiff´s claims, BRITO assert that Plaintiffs' claims are barred by the doctrine of waiver.

### Eighth Affirmative Defense

As to all of Plaintiff's claims, MERINO asserts that Percy's claims are barred by the doctrine of unclean hands inasmuch as he engaged in the same activities that he now complains FXWinning defendants engaged in as the basis for this lawsuit.

### Ninth Affirmative Defense

MERINO asserts that Plaintiff's claim for breach of fiduciary duty is barred because MERINO did not owe Plaintiffs a fiduciary duty in context of the relationship between MERINO and Plaintiffs.

### Tenth Affirmative Defense

MERINO asserts that injunctive relief is not warranted against them because they are not now, nor previously, engaged in any of the wrongful conduct alleged by Plaintiff and there is no likelihood that MERINO need to be enjoined to prevent any future activity. CFT and its principals exercise complete control over the Plaintiffs money —in case the claims are true which is unknown to MERINO—, not MERINO.

Dated: September 4th, 2024.                    Respectfully submitted,

David Merino Quintana, *Pro se defendant*

# UNITED STATES POSTAL SERVICE ®

# PRIORITY MAIL



**UNITED STATES POSTAL SERVICE.** | *Retail*

**P**

**US POSTAGE PAID**

**$18.40**

Origin: 33134
09/10/24
1158670110-10

## PRIORITY MAIL ®

3 Lb 10.70 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 09/11/24

C075

SHIP TO:
400 NORTH MIAMI AVE
MIAMI FL 33128-1801

**USPS TRACKING® #**



**UNITED STATES POSTAL SE**

FROM:
Wilkie D. S
U.S. Courth
400 north
Miami,

TO:
Wilkie D
U.S. Cou
400 no
Miami

Label 228, December 2023