UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-23139-SCOLA

KRISTOFFER JON HIND, *et al.*,

    Plaintiffs,

v.

FXWINNING LIMITED, *et al*.,

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL *WITHOUT* PREJUDICE PURSUANT TO FED.R.CIV.P. 41(c) OF CROSS-DEFENDANT, ROMAN CARDENAS, ONLY**

Pursuant to Federal Rule of Civil Procedure 41(c), Cross-claimant, Arthur Percy, hereby gives notice of the voluntary dismissal *without* prejudice of all pending crossclaims against Cross-defendant, Roman Cardenas, and against Roman Cardenas *only*.

Dated: October 28, 2024

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
2 South Biscayne Blvd., 21st Floor
Miami, Florida 33131
Telephone: 305.373.9436

By: /s/ *Ryan Todd*
Justin B. Kaplan | Fla. Bar No. 33725
*justin.kaplan@nelsonmullins.com*
Ryan K. Todd | Fla. Bar No. 91679
*Ryan.Todd@nelsonmullins.com*