UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-23139-SCOLA/GOODMAN

KRISTOFFER JON HIND, an individual;
JASON THOMAS WAITON, an individual;
CHRISTOPHER CAMPBELL, an
individual; PAUL DOUGLAS
STOEPPELWERTH, an individual;
LUCAS LONGMIRE, an individual;
THOMAS BLAIR PHILLIPS, an
individual; TYLER JENKINS, an
individual; JORDEN DAVID NEIL
MALCOLM, an individual; ROBERT
TAYLOR YATES, an individual; RAFAEL
REYES SALMERON, an individual;
RYAN ANTHONY FLOYD, an individual;
MATT SCOTT VOGEL, an individual;
MARK ALAN BENTLEY, an individual;
PETER SHANE DONAHUE, an individual;
AGATA AGNIESZKA POWERS, an
individual, AVYA LINDSEY WAITON, an
individual; TIMOTHY MICHAEL
MORGAN, an individual; TARSIS
CARVALHO HUMPHREYS, an
individual; ZACHARY MICHAEL
SELLERS, an individual; and BRANDON
MICHAEL HARROLD, an individual,

        Plaintiffs,

v.

FXWINNING LIMITED, a Hong Kong
limited company; CFT SOLUTIONS, LLC,
a Delaware limited liability company;
RENAN DE ROCHA GOMES BASTOS,
an individual; RAFAEL BRITO CUTIE, an
individual; ARTHUR PERCY, an
individual; ROMAN CARDENAS, an
individual; and DAVID MERINO, an
individual,

        Defendants.

## JOINT PROPOSED REVISED CASE SCHEDULE

Plaintiffs Kristoffer Jon Hind, Jason Thomas Walton, Paul Douglas Stoeppelwerth, Ryan Anthony Floyd, Matt Scott Vogel, Mark Alan Bentley, Christopher Campbell, Thomas Blair Phillips, Tyler Jenkins, Rafael Reyes Salmeron, Peter Shane Donahue, Agata Agnieszka Powers, Ayva Lindsey Waiton, Timothy Michael Morgan, Tarsis Carvalho Humphreys, Zachary Michael Sellers, and Brandon Michael Harrold (collectively

"Represented Plaintiffs"), Plaintiffs Jorden David Neil Malcolm and Robert Taylor Yates (together "Pro Se Plaintiffs"), Defendants CFT Solutions, LLC ("CFT"), Renan de Rocha Gomes, and Arthur Percy (the "CFT Defendants"), and Defendants FxWinning Limited ("FxWinning"), Rafael Brito Cutie, Roman Cardenas, and David Merino (the "FX Defendants"), pursuant to the Court's October 28, 2024 order (ECF No. 138), hereby submit this Joint Proposed Revised Case Schedule:

| TASK | PREVIOUS PROPOSED DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator, and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation. | December 13, 2024 | June 13, 2025 |
| Deadline to complete all fact discovery. | January 10, 2025 | July 10, 2025 |
| Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition. | January 10, 2025 | July 10, 2025 |
| Deadline to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted and must conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(D)(ii). | January 10, 2025 | July 10, 2025 |
| Deadline for the filing of all dispositive motions. | February 14, 2025 | August 14, 2025 |
| Deadline to complete mediation, consistent with the Order of Referral to Mediation. | February 28, 2025 | August 28, 2025 |
| Deadline to complete all expert discovery. | March 31, 2025 | October 1, 2025 |
| Deadline for the filing of pretrial motions, including motions in limine and Daubert motions. | March 31, 2025 | October 1, 2025 |

| | | |
|---|---|---|
| Deadline to file joint pretrial stipulation under Local Rule 16.1(e) and pretrial disclosures as required by Federal Rule of Civil Procedure 26(a)(3). | May 15, 2025 | November 18, 2025 |
| Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter I set for a bench trial) consistent with Local Rule 16.1(k). | May 30, 2025 | December 2, 2025 |

Respectfully submitted, this the 4th day of November.

      /s/ Bradley B. Rounsaville
BRADLEY B. ROUNSAVILLE
Fla. Bar No. 70489
RH Law, LLC
1415 Third Avenue South
Unit 331
Birmingham, AL 35223
Telephone: (205) 601-5004
brad.rounsaville@rhinvestorlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    */s/ Bradley B. Rounsaville*

Pro Se Plaintiffs (via U.S. Mail)

Jorden David Neil Malcolm
4330 Neel Road
Duncan, BC V9l6m8

Robert Taylor Yates
932 W. Red Fox Lane
Saratoga Springs, UT 84045


Pro Se Defendants (Via U.S. Mail)

FxWinning Limited
Unit 1411 14/Floor, Cosco Tower, 183
Queen's Road Centr
Sheung Wan
Hong Kong

Rafael Brito Cutie
4506 Parkside
Residence B
Abu Dhabi

David Merino
1 Sheikh Mohammed Bin Rashid Blvd,
Floor 10502
Dubai