UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 23-23139-Civ-Scola

Kristoffer Jon Hind, and others,

    Plaintiffs,

vs.

FxWinning Limited, and others,

    Defendants.
_____/

**Stipulation of Dismissal as to Longmire, Percy, Bastos and CFT Solutions**

Please take notice that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff/Counter-Defendant Lucas Longmire, Defendant/Counter-Plaintiff Arthur Percy, Defendant CFT Solutions, LLC, and Defendant Renan De Rocha Gomes Bastos, by and through their respective undersigned counsel, hereby file this Stipulation of Dismissal of (i) Mr. Longmire's claims against Mr. Percy, Mr. Bastos, and CFT Solutions, with prejudice, and (ii) Mr. Percy's counterclaims against Mr. Longmire, with prejudice.

Mr. Longmire, Mr. Percy, Mr. Bastos, and CFT Solutions further stipulate to bear their own attorney's fees and costs as it pertains to Mr. Longmire's claims against Mr. Percy, Mr. Bastos and CFT Solution, and as it pertains to Mr. Percy's counterclaims against Mr. Longmire.

This Stipulation of Dismissal pertains to Mr. Longmire's claims against Mr. Percy, Mr. Bastos and CFT Solutions and as to Mr. Percy's counterclaims against Mr. Longmire, and it does not pertain to any other parties or claims in this action.

Dated:  November 13, 2024

Respectfully submitted,

RUSSOMANNO & BORRELLO, P.A.
*Counsel for Lucus Longmire*
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

By: /s/ Herman J. Russomanno III
    Herman J. Russomanno III
    Fla. Bar No. 21249
    herman2@russomanno.com

NELSON MULLINS
RILEY & SCARBOROUGH, LLP
*Counsel for CFT Solutions, LLC, Renan De Rocha Gomes Bastos, and Arthur Percy*
2 South Biscayne Blvd. 21st Floor
Miami, Florida 33131
Telephone: 305.373.9436

By: /s/ Justin B. Kaplan
    Justin B. Kaplan
    Florida Bar No.: 33725
    justin.kaplan@nelsonmullins.com

## CERTIFICATE OF SERVICE

    I hereby certify that on November 13, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document will be served on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ Herman J. Russomanno III