United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Kristoffer Jon Hind, and others, Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 23-23139-Civ-Scola ) |
| FXWinning Limited, and others, Defendants.. | ) ) |

### Order Directing Entry of Default

This matter is before the Court on the Plaintiffs' motion for clerk's default as to FXWinning Ltd. (ECF No. 145). The Court previously granted the motion to withdraw by counsel for Defendant FXWinning Ltd. (Order, ECF No. 104.) In that order, the Court advised FX that, as a corporate party, it may not litigate pro se. (*Id.* at 2 (citing *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985)).) Further, the Court directed FXWinning Ltd. to retain new counsel and file a notice of such retention with the Court by July 12, 2024, or risk being held in default. (*Id.*)

A copy of the Court's order was mailed to FXWinning Ltd. However, despite the warning that FXWinning Ltd. would risk being held in default, it has failed to comply with the Court's order and has not filed a notice of retaining new counsel. Moreover, FXWinning Ltd. has failed to respond to the operative complaint in a timely manner. Therefore, after careful consideration, the Court **grants** the Plaintiffs' motion for clerk's default (**ECF No. 145**) and **directs** the **Clerk's Office** to enter default against FXWinning Ltd.

**Done and ordered** in Miami, Florida, on December 18, 2024.

_____
Robert N. Scola, Jr.
United States District Judge

<u>Copy via U.S. mail to</u>:
FXWinning Ltd.
Unit 1411 14/Floor, Cosco Tower, 183 Queen's Road Central
Sheung Wan, Hong Kong