**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

KRISTOFFER JON HIND, et al.

PLAINTIFF(S)

v.

FXWINNING LIMITED, et al.,

CASE NUMBER
1:23−cv−23139−RNS

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# <u>Clerk's Default</u>

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Fx Winning Limited**

as of course, on the date July 3, 2025.

**Angela E. Noble**
CLERK OF COURT

By  _/s/ _Collette Quinones_
Deputy Clerk

cc:  Senior Judge Robert N. Scola, Jr
     Kristoffer Jon Hind
     550 Beach Street

     Encinitas, CA
92024

DEFAULT BY CLERK F.R.Civ.P.55(a)

CV–37 (10/01)