**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-cv-23139-ALTMAN**

**KRISTOFFER JON HIND**, *et al.*,

*Plaintiffs*,

*v.*

**FXWINNING LIMITED**, *et al.*,

*Defendants*.

_______________________________________/

# FINAL JUDGMENT

In separate orders [ECF No. 295, 296], we granted in part the Plaintiffs' Motion for Entry of Default Final Judgment [ECF No. 240] against FxWinning Limited ("FxWinning"), Rafael Brito Cutie, and David Merino; the Defendant Roman Cardenas's Motion for Summary Judgment [ECF No. 205]; and the Defendants CFT Solutions, LLC ("CFT"), Renan de Rocha Gomes Bastos, and Arthur Percy's Motion for Summary Judgment [ECF No. 207]. Pursuant to Federal Rule of Civil Procedure 58, we hereby **ORDER and ADJUDGE** that:

1. As to Count II of the Amended Complaint (the "AC") [ECF No. 42], final judgment is **ENTERED** in favor of the Plaintiffs against the Defendant FxWinning and in favor of the Defendants Cardenas, CFT, Bastos, and Percy against the Plaintiffs.
2. As to Count III of the AC, final judgment is **ENTERED** in favor of the Plaintiffs against the Defendant FxWinning and in favor of the Defendants Cardenas, CFT, Bastos, and Percy against the Plaintiffs.
3. As to Count IV of the AC, final judgment is **ENTERED** in favor of the Plaintiffs against the Defendant FxWinning.

4. As to Count VI of the AC, final judgment is **ENTERED** in favor of the Plaintiffs against the Defendant FxWinning.
5. As to Count VII of the AC, final judgment is **ENTERED** in favor of the Plaintiffs against the Defendants FxWinning and Cutie.
6. As to Count VIII of the AC, final judgment is **ENTERED** in favor of the Plaintiffs against the Defendants FxWinning and Cutie.
7. As to Count X of the AC, final judgment is **ENTERED** in favor of the Plaintiffs against the Defendant FxWinning.
8. As to Count XI of the AC, final judgment is **ENTERED** in favor of the Plaintiffs against the Defendants FxWinning, Cutie, and Merino.
9. Final judgment is **ENTERED** as to the Plaintiff Christopher Campbell against the Defendants FxWinning, Cutie, and Merino, jointly and severally, in the amount of $10,847,597.00 in compensatory damages.
10. Final judgment is **ENTERED** as to the Plaintiff Thomas Blair Phillips against the Defendants FxWinning, Cutie, and Merino, jointly and severally, in the amount of $1,795,595.00 in compensatory damages.
11. Final judgment is **ENTERED** as to the Plaintiff Rafael Reyes Salmeron against the Defendants FxWinning, Cutie, and Merino, jointly and severally, in the amount of $1,431,730.68 in compensatory damages.
12. Final judgment is **ENTERED** as to the Plaintiff Jason Thomas Waiton against the Defendants FxWinning, Cutie, and Merino, jointly and severally, in the amount of $701,392.67 in compensatory damages.

13. Final judgment is **ENTERED** as to the Plaintiff Tyler Jenkins against the Defendants FxWinning, Cutie, and Merino, jointly and severally, in the amount of $520,534.00 in compensatory damages.

14. Final judgment is **ENTERED** as to the Plaintiff Paul Douglas Stoeppelwerth against the Defendants FxWinning, Cutie, and Merino, jointly and severally, in the amount of $448.783.71 in compensatory damages.

15. Final judgment is **ENTERED** as to the Plaintiff Kristoffer Jon Hind against the Defendants FxWinning, Cutie, and Merino, jointly and severally, in the amount of $444,368.59 in compensatory damages.

16. Final judgment is **ENTERED** as to the Plaintiff Ayva Linsey Waiton against the Defendants FxWinning, Cutie, and Merino, jointly and severally, in the amount of $208,719.03 in compensatory damages.

17. Final judgment is **ENTERED** as to the Plaintiff Brandon Michael Harrold against the Defendants FxWinning, Cutie, and Merino, jointly and severally, in the amount of $153,550.89 in compensatory damages.

18. Final judgment is **ENTERED** as to the Plaintiff Matt Scott Vogel against the Defendants FxWinning, Cutie, and Merino, jointly and severally, in the amount of $128,465.00 in compensatory damages.

19. Final judgment is **ENTERED** as to the Plaintiff Agata Agnieszka Powers against the Defendants FxWinning, Cutie, and Merino, jointly and severally, in the amount of $127,460.00 in compensatory damages.

20. Final judgment is **ENTERED** as to the Plaintiff Mark Alan Bentley against the Defendants FxWinning, Cutie, and Merino, jointly and severally, in the amount of $124,126.64 in compensatory damages.

21. Final judgment is **ENTERED** as to the Plaintiff Peter Shane Donahue against the Defendants FxWinning, Cutie, and Merino, jointly and severally, in the amount of $121,495.32 in compensatory damages.

22. Final judgment is **ENTERED** as to the Plaintiff Zachary Michael Sellers against the Defendants FxWinning, Cutie, and Merino, jointly and severally, in the amount of $112,126.25 in compensatory damages.

23. Final judgment is **ENTERED** as to the Plaintiff Ryan Anthony Floyd against the Defendants FxWinning, Cutie, and Merino, jointly and severally, in the amount of $101,079.03 in compensatory damages.

24. Final judgment is **ENTERED** as to the Plaintiff Timothy Michael Morgan against the Defendants FxWinning, Cutie, and Merino, jointly and severally, in the amount of $95,895.12 in compensatory damages.

25. Final judgment is **ENTERED** as to the Plaintiff Tarsis Carvalho Humphreys against the Defendants FxWinning, Cutie, and Merino, jointly and severally, in the amount of $79,712.11 in compensatory damages.

26. We award the Plaintiffs pre-judgment and post-judgment interest on their awards against the Defendants FxWinning, Cutie, and Merino, as permitted by law.

27. The Court **SHALL** retain jurisdiction for the purpose of enforcing this Final Judgment and to adjudicate any motions for the award of reasonable attorney's fees and costs.

28. This case is to remain **CLOSED**. All deadlines and hearings are **TERMINATED** and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on November 19, 2026.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record